**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SKS Bottle and Packaging Inc** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1687374** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10 Skyward Drive**<br>**Saratoga Springs, NY 12866**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Saratoga**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **SKS Bottle and Packaging Inc**                                          Case number (*if known*) _____

    Name

**7. Describe debtor's business**
  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

  B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      **5619**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**
  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **SKS Bottle and Packaging Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2024**
MM / DD / YYYY

**X** **/s/ Ken Horan**                                                              **Ken Horan**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Justin A. Heller**                                         Date **November 18, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Justin A. Heller**
Printed name

**Nolan Heller Kauffman LLP**
Firm name

**80 State Street, 11th Floor**
**Albany, NY 12207**
Number, Street, City, State & ZIP Code

Contact phone   **518-449-3300**        Email address   **jheller@nhkllp.com**

**103632 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **SKS Bottle and Packaging Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 18, 2024**          X /s/ Ken Horan
                                              Signature of individual signing on behalf of debtor

                                              **Ken Horan**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SKS Bottle and Packaging Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 570622 Atlanta, GA 30357** | | | | | | **$88,258.14** |
| **C.H. Robinson Worldwide, Inc. 1200 Internaitonal Pkwy Ste 150 Woodridge, IL 60517** | | | | | | **$38,260.18** |
| **Constellation Newenergy, Inc. PO Box 4640 Carol Stream, IL 60197** | | | | | | **$48,649.74** |
| **Green Mountain Electric Supply 356 Rathe Road Colchester, VT 05446** | | | | **$842,000.00** | **$0.00** | **$842,000.00** |
| **Ken Horan c/o SKS Bottle an dPAckaging Inc 10 Skyward Drive Saratoga Springs, NY 12866** | | | | | | **$740,982.00** |
| **Listrak 100 W. Millport Road Lititz, PA 17543** | | | | | | **$43,236.71** |
| **Merrill Lynch 200 Park Ave 13th Floor New York, NY 10166** | | | | | | **$354,835.20** |
| **Mold-rite Plastics PO Box 160 Plattsburgh, NY 12901** | | | | | | **$414,577.80** |

| Debtor | **SKS Bottle and Packaging Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ningbo Jinzhou Commodity Do., Ltd 7th Miaohoutou Rd, Lanjiang District Yuyao, China** | | | | | | $85,360.43 |
| **Packsize International 3760 W. Smart Pack Way Salt Lake City, UT 84104** | | | | | | $46,586.32 |
| **Saxbst 26 Computer Drive West Albany, NY 12205** | | | | | | $49,020.00 |
| **Sifted LLC PO Box 88109 Milwaukee, WI 53288** | | | | | | $56,435.00 |
| **Spanish Springs 1 LLC 601 Union St Ste 2930 Seattle, WA 98101** | | | | | | $174,465.57 |
| **Steven Horan c/o SKS Bottle and Packaging Inc. 10 Skyward Drive Saratoga Springs, NY 12866** | | | | | | $162,630.00 |
| **Stull Technologies, Inc. 17 Veronica Ave Somerset, NJ 08873** | | | | | | $56,701.03 |
| **Tecnocap Llc 1701 Wheeling Ave Glen Dale, WV 26038** | | | | | | $58,342.98 |
| **Topiderm Inc 174 Rt 109 West Babylon, NY 11704** | | | | | | $116,413.00 |
| **Weatherchem Corp PO Box 92356 Cleveland, OH 44193** | | | | | | $39,880.16 |
| **Weber International Pkg. Co., LLC 318 Cornelia St Plattsburgh, NY 12901** | | | | | | $143,066.08 |
| **Yorker Closures PO Box 745397 Atlanta, GA 30384** | | | | | | $239,437.45 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **SKS Bottle and Packaging Inc** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $    0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $    3,779,115.65

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................    $    3,779,115.65

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    842,000.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    3,835,920.09

4.  **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b     $    4,677,920.09

**Fill in this information to identify the case:**

Debtor name   **SKS Bottle and Packaging Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **NBT Bank** | | | **$48,097.43** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.** | | | **$48,097.43** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **103,500.00** | - | **0.00** | = .... | **$103,500.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **SKS Bottle and Packaging Inc**                                Case number *(If known)* _____
_____
Name

| 12. | **Total of Part 3.** | **$103,500.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** Work in progress | 2023 | Unknown | | $0.00 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory | | Unknown | | $1,272,145.11 |

| 23. | **Total of Part 5.** | **$1,272,145.11** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|

■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture** | **Unknown** | | **$49,618.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **IT** | **Unknown** | | **$103,406.33** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$153,024.33** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Conveyers** | **Unknown** | | **$908,675.00** |
| | **Racking** | **Unknown** | | **$268,451.00** |
| | **Molds** | **Unknown** | | **$568,440.00** |
| | **Baggers** | **Unknown** | | **$239,282.78** |

Debtor    **SKS Bottle and Packaging Inc**_____    Case number *(If known)*_____
       Name

| **Forklifts and related equipment** | | **Unknown** | | **$217,500.00** |
|---|---|---|---|---|

51.  **Total of Part 8.**                                                                 | **$2,202,348.78** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **10 Skyward Drive, Saratoga Springs, NY 12866** | **Leaseholder** | **Unknown** | | **Unknown** |
| 55.2.  **46 Isador Court, Suites 106 and 107, Sparks, NV 89441** | **Leaseholder** | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**                                                                 | **$0.00** |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **SKS Bottle and Packaging Inc**                                    Case number *(If known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark: SKS BOTTLE & PACKAGING, INC.**<br>**Serial No. 88605536** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites**<br>**www.sks-bottle.com, www.sks-science.com,**<br>**Internal websites   www.sks-connect.com**<br>**ERP, https://www.sks-polypro.com/ Policies**<br>**and procedures www.sks-wms.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**379,711 customers in database** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.                          **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Net Operating Loss**                      Tax year **2021** | **Unknown** |

Debtor    **SKS Bottle and Packaging Inc**
_____      Case number *(If known)*  _____
Name

**Net Operating Loss**                          Tax year  **2022** _____        **Unknown**
_____

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>Life Insurance; Term Policies<br>Northwestern Mutual | **$0.00** |

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **SKS Bottle and Packaging Inc**                                Case number *(If known)* _____
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,097.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $103,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,272,145.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $153,024.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,202,348.78 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,779,115.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,779,115.65 |

---

**Fill in this information to identify the case:**

Debtor name    **SKS Bottle and Packaging Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1**

**Green Mountain Electric Supply**
Creditor's Name

**356 Rathe Road**
**Colchester, VT 05446**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $842,000.00     $0.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $842,000.00

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeremy Speich, Esq.**<br>**Harris Beach**<br>**677 Broadway, #1101**<br>**Albany, NY 12207** | Line **2.1** | |

---

**Fill in this information to identify the case:**

Debtor name  **SKS Bottle and Packaging Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**3n Documentation Destruction, Inc.**<br>**PO Box 4044**<br>**Clifton Park, NY 12065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84.18** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Acme Vial**<br>**1601 Commerce Way**<br>**Paso Robles, CA 93446**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,257.79** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Advanced Automation Inc**<br>**339 SW 6th Street**<br>**Des Moines, IA 50309**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$924.97** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Advanced Poly-packaging, Inc.**<br>**PO Box 7040**<br>**Akron, OH 44306**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,621.28** |

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.50 |
|---|---|---|---|

**Alan Bergman**
**6821 Calle Del Paz S**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,769.19 |
|---|---|---|---|

**Aliksir Inc**
**1040 Chemin du Roi**
**Grondines, QC G0A 1W0 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,908.40 |
|---|---|---|---|

**Alpha Packaging, Inc.**
**PO Box 208633**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $957.76 |
|---|---|---|---|

**Altium Packaging**
**1 Tata Blvd.**
**Ste. 303**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,285.34 |
|---|---|---|---|

**Amanda Kezios**
**2011 W Belmont St**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amcor Rigid Packaging USA, LLC**
**PO Box 93748**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,046.70 |
|---|---|---|---|

**American Blending & Filling**
**1909 S Waukegan Rd**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,258.14** |
|---|---|---|---|
| | **American Express**<br>**PO Box 570622**<br>**Atlanta, GA 30357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|
| | **American International Electric, Inc.**<br>**1325 S. Johnson Drive**<br>**Hacienda Heights, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,741.86** |
|---|---|---|---|
| | **Andrea Fender**<br>**2010 93rd Ave SE**<br>**Olympia, WA 98501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,455.50** |
|---|---|---|---|
| | **Andrea Reisen**<br>**61247 State Rt 415**<br>**Avoca, NY 14809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.12** |
|---|---|---|---|
| | **Anita Elfving**<br>**600 Martin Rd**<br>**Santa Cruz, CA 95060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,605.20** |
|---|---|---|---|
| | **Antonio Lindsey**<br>**3425 Branch Ave**<br>**Temple Hills, MD 20748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,933.00** |
|---|---|---|---|
| | **Arc Best**<br>**PO Box 10048**<br>**Fort Smith, AR 72917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,402.63** |
|---|---|---|---|
| | **Ardagh Group**<br>**8770 W. Bryn Mawr Ave**<br>**8th Floor**<br>**Chicago, IL 60631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.71** |
|---|---|---|---|
| | **Ardene Flahavin**<br>**4396 Sunbelt Dr**<br>**Addison, TX 75001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,496.88** |
|---|---|---|---|
| | **Arielle Alessandrini**<br>**1743 Route 17A**<br>**Florida, NY 10921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,617.62** |
|---|---|---|---|
| | **Armondo Briones**<br>**Paseo De Francia 18**<br>**3a Sec.de Lomas, Cuidad, Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.95** |
|---|---|---|---|
| | **Aromas para el Alma**<br>**Oceanica Logistics**<br>**9372 NW 101st St**<br>**Dania, FL 33004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.95** |
|---|---|---|---|
| | **Authorize.net**<br>**10 Skyward Drive**<br>**Saratoga Springs, NY 12866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$968.29** |
|---|---|---|---|
| | **B & L Disposal**<br>**P.O. Box 541065**<br>**Los Angeles, CA 90054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|
| | **Baar Products Inc**<br>**PO Box 60**<br>**Downingtown, PA 19335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bank of Greene County**<br>**302 Main Street**<br>**Catskill, NY 12414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,640.18 |
|---|---|---|---|
| | **Baralan USA, Inc.**<br>**120-19 89th Avenue**<br>**Richmond Hill, NY 11418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.00 |
|---|---|---|---|
| | **Barry Michael**<br>**7933 SW Jack James Dr**<br>**Stuart, FL 34997** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.98 |
|---|---|---|---|
| | **Benchmark Scientific**<br>**PO Box 709**<br>**Edison, NJ 08818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,157.61 |
|---|---|---|---|
| | **Berdie Muirhead**<br>**718 S. Columbus Avenue**<br>**Mount Vernon, NY 10550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,647.68 |
|---|---|---|---|
| | **Billy Hill**<br>**2050 N Kansas Ave**<br>**Liberal, KS 67901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Bioplast Manufacturing, LLC**
**128 Wharton Road**
**Bristol, PA 19007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$418.64**

---

**3.34** | Nonpriority creditor's name and mailing address
**Bison Star Naturals**
**1029 Paseo Del Pueblo Norte**
**Unit 2**
**El Prado, NM 87529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,224.96**

---

**3.35** | Nonpriority creditor's name and mailing address
**BL Biolabs/Marian Kapuspa**
**2021 Sunnydale Blvd**
**Ste 140**
**Clearwater, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,010.34**

---

**3.36** | Nonpriority creditor's name and mailing address
**Bluegrass Superior Foods**
**4770 Crittenden Dr**
**Ste F**
**Louisville, KY 40209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,036.50**

---

**3.37** | Nonpriority creditor's name and mailing address
**Bond, Schoeneck and King, PLLC**
**22 Corporate Woods Blvd**
**Ste 501**
**Albany, NY 12211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,078.50**

---

**3.38** | Nonpriority creditor's name and mailing address
**Brady Wildenradt**
**1200 N. Branch St**
**2nd Fl**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**Brett Brand**
**133 N Kohler Rd**
**Orrville, OH 44667**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,592.00**

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,223.00 |
|---|---|---|---|

**Brian Marshall**
**1056 Fox Valley Dr**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Burgarello Alarm**
**PO Box 12487**
**Ogden, UT 84412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,260.18 |
|---|---|---|---|

**C.H. Robinson Worldwide, Inc.**
**1200 Internaitonal Pkwy**
**Ste 150**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.80 |
|---|---|---|---|

**Cabot Hill Naturals**
**Dental Herb Company**
**62 Bridge St**
**Lancaster, NH 03584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,424.27 |
|---|---|---|---|

**Carlos Lopez Phytosan SA CV**
**Palma Sola 1107 Int. E, Zona Indus.**
**Guadalajara, Jalisco, Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**Carol Tepley**
**1502 Broadway N**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.71 |
|---|---|---|---|

**Carolyn Hennes Augustines**
**3327 S Halstead Street**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Casella Waste Management**
**PO Box 1372**
**Williston, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$191.91**

---

**3.48** | Nonpriority creditor's name and mailing address

**Cefo Advisors**
**125 High rock Ave**
**Ste 107A**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.49** | Nonpriority creditor's name and mailing address

**Charles Pellegrini**
**19 Park Forest Rd**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,078.00**

---

**3.50** | Nonpriority creditor's name and mailing address

**China-Gel Inc**
**22848 Herons Ct**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,179.71**

---

**3.51** | Nonpriority creditor's name and mailing address

**Christina Vandiver**
**1855 Griffin Rd**
**Suite B428**
**Dania, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,063.90**

---

**3.52** | Nonpriority creditor's name and mailing address

**Christy Olson**
**14411 Coil Plus Rd**
**Unit G107**
**Plainfield, IL 60544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,110.00**

---

**3.53** | Nonpriority creditor's name and mailing address

**Chrystal MacLeod**
**655 East 15th Ave**
**Vancouver, BC V5T 2R6 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,730.25**

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,391.20 |
|---|---|---|---|

**Cindy Heinemann**
**446 E Parkway**
**11**
**Gatlinburg, TN 37738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,943.18 |
|---|---|---|---|

**CJB Industries**
**PO Box 1362**
**Valdosta, GA 31603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,533.99 |
|---|---|---|---|

**Classic Containers**
**1700 S. Hellman Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,765.00 |
|---|---|---|---|

**Clear View Bag Co**
**PO Box 11-160**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,103.26 |
|---|---|---|---|

**Coleen Jordon**
**24 Hewitt St**
**Willimantic, CT 06226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,130.61 |
|---|---|---|---|

**Colts Plastics**
**PO Box 429**
**Dayville, CT 06241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,613.91 |
|---|---|---|---|

**Comar**
**PO Box 12486**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**Commercial Lending Advisors**
**18 Computer Drive East**
**Ste 202**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.09** |
|---|---|---|---|

**Commissioner of Finance**
**P.O. Box 328**
**474 Broadway**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,649.74** |
|---|---|---|---|

**Constellation Newenergy, Inc.**
**PO Box 4640**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,470.62** |
|---|---|---|---|

**CPS Products**
**1010 E 31st St**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,569.93** |
|---|---|---|---|

**Cream Blends**
**4425 Fernlee**
**Royal Oak, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313.80** |
|---|---|---|---|

**Crystal Rock, LLC**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,010.68** |
|---|---|---|---|

**D.G. USA**
**90 Parah Drive**
**Saint Albans, VT 05478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,692.20** |
|---|---|---|---|

**Danielle Roach**
**14207 Citrus Ct**
**TN 38078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.33** |
|---|---|---|---|

**Dispensa-matic Label Dispensers**
**28220 Playmor Beach Road**
**Rocky Mount, MO 65072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,634.00** |
|---|---|---|---|

**Dorinda Walters**
**6205 Hqy 91 N**
**Mountain City, TN 37683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,163.28** |
|---|---|---|---|

**Dorothy Williams**
**42 Hillside Dr**
**Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.11** |
|---|---|---|---|

**Dwk Life Sciences Millville**
**Dept CH 17166**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,245.08** |
|---|---|---|---|

**East Penn Container**
**PO Box 306**
**Fleetwood, PA 19522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,575.79** |
|---|---|---|---|

**Edward Don**
**9801 Adam Don Pkwy**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.75** | **Nonpriority creditor's name and mailing address**

**EJ Mc Kernan Company**
**PO Box 7281**
**Reno, NV 89510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,977.90**

---

**3.76** | **Nonpriority creditor's name and mailing address**

**Elodie Jasmin**
**130 Rue St Thomas**
**Saint-Come, QC J0K 2B0 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,123.43**

---

**3.77** | **Nonpriority creditor's name and mailing address**

**Envases**
**12 Howe Drive**
**Amherst, NH 03031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,466.74**

---

**3.78** | **Nonpriority creditor's name and mailing address**

**Equilibria Inc.**
**213 W Institute Pl**
**Ste 600**
**Chicago, IL 60610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,091.96**

---

**3.79** | **Nonpriority creditor's name and mailing address**

**Express Tubes**
**8655 South 208th Street**
**Kent, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,367.78**

---

**3.80** | **Nonpriority creditor's name and mailing address**

**Fedex**
**PO Box 371461**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$68.77**

---

**3.81** | **Nonpriority creditor's name and mailing address**

**FedEx Freight**
**PO Box 223125**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,368.03**

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,480.70**

**Fillmore Container**
**2315 Norman Road**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.84**

**First Choice Services**
**7525 Colbert Drive**
**Ste 104**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,616.04**

**Five Star Wholesale Products Bichara**
**13776 SW 145th Ct**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,234.68**

**Flash Beaute Inc.**
**4629 Rue Louis B Mayer**
**Laval, QC H7P 6G5 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$878.00**

**FTR Enterprises**
**PO Box 822**
**Evanston, IL 60204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,276.80**

**Garden of Wisdom**
**440 W Goodwin St**
**Prescott, AZ 86303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.07**

**Gerald Nicklas**
**65 Viden Rd**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,591.71**

**Glenn Ridenour**
**404 Woodland Ave**
**Kalispell, MT 59901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$454.37**

**Global Equipment Company**
**19833 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$481.17**

**Globalpak**
**1421 West Main Street**
**Alliance, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,294.95**

**Green Beauty Inc**
**1277 Rand Rd**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**High Desert Internet Services**
**PO Box 11353**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,499.10**

**Howards Market**
**6063 SW 18th St**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,940.97**

**Ian Cutler**
**137 Anacapa St**
**Ste D**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,880.89 |
|---|---|---|---|

**IDT Austrailia Ltd.**
**39 Wadhurst Dr**
**Boronia, Victoria, Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,034.00 |
|---|---|---|---|

**Independent Can Company**
**1300 Brass Mill Road**
**Belcamp, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.32 |
|---|---|---|---|

**Industrial Handling Equipment, Inc.**
**PO Box 191**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,417.00 |
|---|---|---|---|

**Inpres Inc.**
**1200 Flex Court**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,667.29 |
|---|---|---|---|

**Intersol Ltd**
**145 O'Meara Rd**
**Arima, Trinidad and Tobago**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,885.94 |
|---|---|---|---|

**James McAllister**
**1515 Inverness Road**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.40 |
|---|---|---|---|

**Jason Greathouse**
**4000 E Hobson Rd**
**Roswell, NM 88203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,038.82 |
|---|---|---|---|

**Jason Van Meter**
**5341 E County Rd 875 S**
**Marengo, IN 47140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,701.36 |
|---|---|---|---|

**Jeff Peruski**
**140 W 100 S**
**Lagrange, IN 46761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188.00 |
|---|---|---|---|

**Jenna Andrews**
**231 Larissa Dr**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,836.00 |
|---|---|---|---|

**Jennifer Moran**
**30235 Woodall Dr**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.80 |
|---|---|---|---|

**Jennifer Ridgway**
**85 Water St**
**Carlottetown, PE C1A 1A5 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,286.16 |
|---|---|---|---|

**Joanna S Miller**
**450 Thayer Rd**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,040.64 |
|---|---|---|---|

**Jocelyn Gomez**
**810 W Bethany Home Rd**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,571.13** |
|---|---|---|---|

**Johnson Controls Security Solutions**
**PO Box 371967**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,415.60** |
|---|---|---|---|

**Jordan Essentials/Nancy Bogart**
**1520 N Commercial Rd**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,427.00** |
|---|---|---|---|

**Joshua Herzing**
**2275 Swallow Hill Rd**
**Bldg 1100**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,667.02** |
|---|---|---|---|

**Julie Haushalter**
**5160 Newcomer Ln**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,458.84** |
|---|---|---|---|

**Just Nutritive**
**2021 High Ridge Rd**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,525.80** |
|---|---|---|---|

**K. Hall Studio**
**715 Hanley Industrial Ct**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,782.64** |
|---|---|---|---|

**Kabbage**
**American Express**
**PO Box 570622**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$740,982.00** |
|---|---|---|---|

**Ken Horan**
**c/o SKS Bottle an dPAckaging Inc**
**10 Skyward Drive**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,057.60** |
|---|---|---|---|

**Kirchenberg Farm LLC**
**1832 Richmond Rd**
**Fleetwood, PA 19522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KoHo Realty**
**25 Legends Way**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,293.84** |
|---|---|---|---|

**Kristy Callari**
**640 Montrose Ave**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,665.06** |
|---|---|---|---|

**Larry Smith**
**236 Executive Drive**
**Jackson, TN 38305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,193.44** |
|---|---|---|---|

**Laura Whitaker**
**582 Indian Grove**
**Toronto, ON M6P 2J4 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,930.24** |
|---|---|---|---|

**Lauren Murphy**
**30 Meeting House Rd**
**Bellows Falls, VT 05101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,113.34**

**Lemongrass Spa Products**
**720 Anclote Rd**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,785.17**

**Lianne Kulp**
**35 County Rd 1**
**Toledo, ON K0E 1Yo Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,711.20**

**Lindenmeyr Munroe**
**1 Catherine Street**
**Teterboro, NJ 07608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,236.71**

**Listrak**
**100 W. Millport Road**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$364.39**

**Lund Mechanical LLC**
**900 Deming Way**
**Ste 3**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,177.60**

**Mabel Jakimtschuk**
**19 Kenworth Dr**
**Vancouver, BC V5X 2X7 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,471.20**

**Madan Plastics, Inc**
**108 N. Union Avenue**
**Suite 3**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,010.36** |
|---|---|---|---|
| | **Mainfreight Inc.** | ☐ Contingent | |
| | **1400 Glenn Curtiss** | ☐ Unliquidated | |
| | **Carson, CA 90746** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,791.16** |
|---|---|---|---|
| | **Marantha Owens** | ☐ Contingent | |
| | **7604 W Highland Dr** | ☐ Unliquidated | |
| | **Coeur D Alene, ID 83814** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,290.46** |
|---|---|---|---|
| | **Margot Devilliers & Sarah Moret** | ☐ Contingent | |
| | **4645 30th St** | ☐ Unliquidated | |
| | **San Diego, CA 92116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,236.00** |
|---|---|---|---|
| | **Marion Brown** | ☐ Contingent | |
| | **260 Motor Parkway** | ☐ Unliquidated | |
| | **Hauppauge, NY 11788** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,300.41** |
|---|---|---|---|
| | **Marisa Martin** | ☐ Contingent | |
| | **1526 Milton Grove Rd** | ☐ Unliquidated | |
| | **Mount Joy, PA 17552** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,311.84** |
|---|---|---|---|
| | **Marjeanne Showalter** | ☐ Contingent | |
| | **7346 Hollow Corners Rd** | ☐ Unliquidated | |
| | **Almont, MI 48003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,224.00** |
|---|---|---|---|
| | **Martin Marklin** | ☐ Contingent | |
| | **112 Riverside Dr** | ☐ Unliquidated | |
| | **Contoocook, NH 03229** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address**

**Maryann Stanger**
**3707 North 4100 E**
**Hansen, ID 83334**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,142.72**

---

**3.139** | **Nonpriority creditor's name and mailing address**

**Mauser Packaging Solutions**
**PO Box 741163**
**Atlanta, GA 30374**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,311.04**

---

**3.140** | **Nonpriority creditor's name and mailing address**

**McKenna Smith**
**4566 Hartzell Ln**
**Apt 101**
**Eau Claire, WI 54703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,464.00**

---

**3.141** | **Nonpriority creditor's name and mailing address**

**Melissa Coppola**
**588 Harney Heights Rd**
**Geneva, FL 32732**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.04**

---

**3.142** | **Nonpriority creditor's name and mailing address**

**Merrill Lynch**
**200 Park Ave**
**13th Floor**
**New York, NY 10166**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$354,835.20**

---

**3.143** | **Nonpriority creditor's name and mailing address**

**MESCO**
**21 Chatham Rd**
**Summit, NJ 07901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,140.00**

---

**3.144** | **Nonpriority creditor's name and mailing address**

**Michael Jarrett**
**1368 N US Hwy 1**
**406**
**Ormond Beach, FL 32174**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,203.20**

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,852.87**

**Michal Berski**
**276 5th Ave**
**Ste 704**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,078.00**

**Michelle Herr**
**32950 Paraguay Rd**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,686.00**

**Miller Industrial Properties**
**140 W. Huffaker Lane**
**Ste 505**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$547.30**

**Mobile Air Transport, Inc.**
**Box 219**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,982.12**

**Modern Roots**
**205 5th St N**
**Buffalo, MN 55313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.74**

**Mohawk Global Logistics**
**4 Automation Lane**
**Ste 250**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414,577.80**

**Mold-rite Plastics**
**PO Box 160**
**Plattsburgh, NY 12901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.68 |
|---|---|---|---|
| | **MTC Bio**<br>**PO Box 4555**<br>**Metuchen, NJ 08840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434.00 |
|---|---|---|---|
| | **Multi Packaging Solutions**<br>**75 Remittance Drive**<br>**Ste 3111**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,311.82 |
|---|---|---|---|
| | **Nanoprotex**<br>**670 Rue Bouvier, Local 130**<br>**Quebec, QC G2J 1A7 Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Natalie Gardner**<br>**12926 Treaty Line St**<br>**Carmel, IN 46032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,954.44 |
|---|---|---|---|
| | **Natures Plus**<br>**548 Broadhollow Rd**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,587.83 |
|---|---|---|---|
| | **Nervous Nellies Jams and Jellies**<br>**598 Sunshine Rd**<br>**Deer Isle, ME 04627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,905.02 |
|---|---|---|---|
| | **Nettitude Inc**<br>**50 Broad Street**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.00** |
|---|---|---|---|

**New York State Dept. of Taxation & Finan**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,169.28** |
|---|---|---|---|

**Nicolai Naess**
**116-408 East Kent Ave South**
**Vancouver, BC V5X 2X7 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,360.43** |
|---|---|---|---|

**Ningbo Jinzhou Commodity Do., Ltd**
**7th Miaohoutou Rd, Lanjiang District**
**Yuyao, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Noey McDonald**
**18719 US Hwy 97A**
**Entiat, WA 98822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.98** |
|---|---|---|---|

**Nutek Business Products, LLC**
**1971 Western Avenue**
**Ste 229**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,115.12** |
|---|---|---|---|

**Oculus Technologies of Mexico**
**Ind. Vidriera 81, FRACC Ind. Zapopan N.**
**Jalisco, Mexico 45130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00** |
|---|---|---|---|

**Orkin 837**
**PO Box 7161**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.12** |
|---|---|---|---|

**Otis Elevator Company**
**P.O. Box 13716**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,924.00** |
|---|---|---|---|

**Pacific Vial**
**2738 Supply Ave**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.86** |
|---|---|---|---|

**Packaging Equipment & Parts**
**6681 33rd St**
**Unit C1**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,586.32** |
|---|---|---|---|

**Packsize International**
**3760 W. Smart Pack Way**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,646.48** |
|---|---|---|---|

**Paul Targosz**
**2633 N 37th Av e**
**Ste 7-10**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,260.48** |
|---|---|---|---|

**PGP Glass USA Inc**
**PO Box 783991**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Phoenix Closures**
**PO Box 84866**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Pikes Peak Organic Manufacturing**
**4699 Nautilus Ct S**
**Ste 504**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.40**

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Premier Pigments**
**2910 Justin Rd**
**Lewisville, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.80**

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Prima Fleur**
**84 Galli Dr.**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$2,106.00**

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Prologistix**
**249 West High Street**
**Elkton, MD 21921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$872.51**

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Pure Colors Cosmetics**
**800 Broadway**
**Ste 11**
**Haverhill, MA 01832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,522.80**

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Pure Haven Essentials**
**1 Carding Ln**
**Johnston, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$4,536.70**

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Quantum Forklift Service Inc**
**532 Reynolds Rd**
**Fultonville, NY 12072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$725.46**

---

Debtor    **SKS Bottle and Packaging Inc**                                    Case number (*if known*) _____
_____
Name

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,831.36** |
|---|---|---|---|

**Rachel Glarner**
**500 Bursca Dr**
**Ste 506**
**Bridgeville, PA 15017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00** |
|---|---|---|---|

**Ranvir Gujral**
**61 Cook St**
**Unit B**
**San Francisco, CA 94118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402.42** |
|---|---|---|---|

**Raymond Leasing Corporation**
**PO Box 301590**
**Dallas, TX 75303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211.69** |
|---|---|---|---|

**Rick Jarnell**
**1306 Boundary Rd**
**Burnaby, BC V5K 4T6 Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,719.97** |
|---|---|---|---|

**Ringcentral**
**PO Box 734232**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,690.31** |
|---|---|---|---|

**Roberta White**
**4775 Industrial Way**
**Benicia, CA 94510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,927.52** |
|---|---|---|---|

**Robyn Bradley**
**106 1st St**
**Ste D**
**La Conner, WA 98257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.32**

**Romanian Remedies Dryden**
**PO Box 47743**
**San Antonio, TX 78265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,101.82**

**Ronald Cavanaugh**
**707 Park Ave**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,573.20**

**Ryan Mitchell**
**2027 21st Pl W**
**Lynnwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,136.41**

**Sabio Cosmetics**
**1309 48th Ave**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,093.25**

**Saltspring Soapworks**
**115 Desmond Cres.**
**Salt Spring Island, BC V8K 2S1 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.00**

**Sanders Fire and Safety**
**26 Viall Ave**
**Mechanicville, NY 12118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,596.74**

**Sara York**
**28 Webbs Mills Rd**
**Casco, ME 04015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,243.30 |
|---|---|---|---|
| | **Saratoga Tea & Honey Co**<br>**348 Broadway**<br>**Saratoga Springs, NY 12866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,020.00 |
|---|---|---|---|
| | **Saxbst**<br>**26 Computer Drive West**<br>**Albany, NY 12205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|
| | **Scale Service & Supply Co, Inc.**<br>**PO Box 660**<br>**344 South St**<br>**Rensselaer, NY 12144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102.50 |
|---|---|---|---|
| | **Shippo**<br>**965 Mission Street**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,564.20 |
|---|---|---|---|
| | **Shoshanna Walker**<br>**2604 Gregory St**<br>**Savannah, GA 31404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56,435.00 |
|---|---|---|---|
| | **Sifted LLC**<br>**PO Box 88109**<br>**Milwaukee, WI 53288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $133.73 |
|---|---|---|---|
| | **Silgan Plastics Canada Inc.**<br>**c/o T52618C, Box 4526, Postal Station A**<br>**Toronto, ON, M5W 5Z9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,931.08**

**Silgan Plastics Corporation**
**2 Powell Lane**
**Penn Yan, NY 14527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.46**

**Silver Spur Corp**
**16010 Shoemaker Ave**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,477.44**

**Simon Tooley**
**3700 St Patrick. Ste. 232**
**Montreal, QC H4E 1A2 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Simport Scientific**
**2588 Bernard-Pilon**
**Beloeil, QC J3G 4S5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$836.10**

**Sinclair & Rush**
**PO Box 804957**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,732.15**

**SKINourishment Inc**
**2084 E3900 S**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Smith Storage Systems LLC**
**13951 Mt Bismark St**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.60** |
|---|---|---|---|

**Snowline Packaging Solutions**
**455 S 6400 W**
**Ste 700**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174,465.57** |
|---|---|---|---|

**Spanish Springs 1 LLC**
**601 Union St**
**Ste 2930**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,203.84** |
|---|---|---|---|

**Stacy Smoot**
**18926 W 59th Dr**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**State of Florida**
**PO Box 6668**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,549.60** |
|---|---|---|---|

**Stephanie Franchini**
**34892 Irene Rd**
**Kirkland, IL 60146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.00** |
|---|---|---|---|

**Stephanie Lombardi**
**99 Hartford Ave**
**Providence, RI 02909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,258.00** |
|---|---|---|---|

**Stephanie Plaetner**
**4936 50th St**
**Stettler, AB T0C 1G0 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162,630.00**

**Steven Horan**
**c/o SKS Bottle and Packaging Inc.**
**10 Skyward Drive**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,265.15**

**Stoelzle-Oberglas GMBH**
**Fabrikstraße 11**
**Koflach, Austria A-8580**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,701.03**

**Stull Technologies, Inc.**
**17 Veronica Ave**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,875.26**

**Supernatural Inc.**
**160 Varick St**
**Fl. 3**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,283.13**

**Susan Sledge**
**1103 Glenbrook St**
**Fort Worth, TX 76126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,853.91**

**Tattoo Supply Company**
**15410 Stafford St**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.07**

**Tatyana German**
**140 58th St**
**Bldg B, Unit 8G**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.40** |
|---|---|---|---|
| | **Taylor Silar** | ☐ Contingent | |
| | **1002 Wilder Ave** | ☐ Unliquidated | |
| | **Helena, MT 59601** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,342.98** |
|---|---|---|---|
| | **Tecnocap Llc** | ☐ Contingent | |
| | **1701 Wheeling Ave** | ☐ Unliquidated | |
| | **Glen Dale, WV 26038** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,614.97** |
|---|---|---|---|
| | **TForce Freight** | ☐ Contingent | |
| | **9954 Mayland Drive** | ☐ Unliquidated | |
| | **3rd Floor, Suite 300** | ☐ Disputed | |
| | **Henrico, VA 23233** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.56** |
|---|---|---|---|
| | **The Body Deli** | ☐ Contingent | |
| | **73910 Hwy 111** | ☐ Unliquidated | |
| | **Ste B** | ☐ Disputed | |
| | **Palm Desert, CA 92260** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,373.46** |
|---|---|---|---|
| | **The Herbal Path** | ☐ Contingent | |
| | **835 Central Ave** | ☐ Unliquidated | |
| | **Dover, NH 03820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,342.50** |
|---|---|---|---|
| | **The Travelers** | ☐ Contingent | |
| | **PO Box 42527** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Thomas W Droog** | ☐ Contingent | |
| | **Box 1041** | ☐ Unliquidated | |
| | **Nanton, AB T0L 1R0 Canada** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.93**

**Thompson & Johnson Equipment Co. Inc.**
6926 Fly Rd
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,477.55**

**Tiffany Paulino**
9343 Winebrook Ave
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,012.00**

**Tim Shu**
13337 South Atreet 555
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,387.44**

**Titan Plastics Company**
PO Box 638369
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,042.04**

**Todd Furman**
12 McFadden Rd
Easton, PA 18045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,413.00**

**Topiderm Inc**
174 Rt 109
West Babylon, NY 11704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,605.04**

**Toyota Industries Commercial Finance, In**
PO Box 660926
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,608.00** |
|---|---|---|---|
| | **TQL** | ☐ Contingent | |
| | **4289 Ivy Point Blvd** | ☐ Unliquidated | |
| | **Cincinnati, OH 45245** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,483.18** |
|---|---|---|---|
| | **Tree of Life** | ☐ Contingent | |
| | **Eiko Nakagaki, 6-3-8 Jingumae** | ☐ Unliquidated | |
| | **Shibuya-Ku, Tokyo, Japan** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|
| | **Truckee Meadows Fire Rescue** | ☐ Contingent | |
| | **6336 Barron Way** | ☐ Unliquidated | |
| | **Reno, NV 89511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,808.42** |
|---|---|---|---|
| | **Uline** | ☐ Contingent | |
| | **Attn: Accounts Receivable** | ☐ Unliquidated | |
| | **PO Box 88741** | ☐ Disputed | |
| | **Chicago, IL 60680** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$573.79** |
|---|---|---|---|
| | **Unifirst Corporation** | ☐ Contingent | |
| | **PO Box 650481** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,771.58** |
|---|---|---|---|
| | **Unishippers** | ☐ Contingent | |
| | **PO Box 43** | ☐ Unliquidated | |
| | **Bennington, VT 05201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.05** |
|---|---|---|---|
| | **UPS Professional Services** | ☐ Contingent | |
| | **28013 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,780.81**

**USS LLC**
**780 Frelinghuysen Ave**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.21**

**Van Blarcom Closures, Inc**
**156 Sanford St**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,316.70**

**Vaneisha Green**
**2724 Hickory Smoke Ct**
**Snellville, GA 30078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.00**

**Vertical Transportation Consulting**
**430 Franklin St**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,097.40**

**Viant Mexicana de Servicios**
**2001 Sanyo Ave**
**Bldg 1, Ste C**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,480.00**

**Viktor Dubovoy**
**100 Louis St**
**Ste E**
**South Hackensack, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,688.98**

**Virginia Whitford**
**9476 E Colonial Dr**
**Orlando, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Bottle and Packaging Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,880.16 |
|---|---|---|---|

**Weatherchem Corp**
**PO Box 92356**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,066.08 |
|---|---|---|---|

**Weber International Pkg. Co., LLC**
**318 Cornelia St**
**Plattsburgh, NY 12901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.23 |
|---|---|---|---|

**Wells Fargo Vendor Financial Services**
**PO Box 30310**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,752.00 |
|---|---|---|---|

**World Famous Tattoo Inc**
**13000 S Tyron St**
**Ste F321**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,157.30 |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|---|

**Yehuda Kaufman**
**38 Walworth St**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239,437.45 |
|---|---|---|---|

**Yorker Closures**
**PO Box 745397**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **SKS Bottle and Packaging Inc**
_____    Case number (if known) _____
    Name

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,435.63 |

**Young Pharmaceuticals Inc**
**2138 Berlin Tpke**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Theodore E. Chrissinger, Esq.**<br>**Hoy Chrissinger Vallas**<br>**50 West Liberty St., Ste. 840**<br>**Reno, NV 89501** | Line  **3.209**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,835,920.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,835,920.09 |

| Fill in this information to identify the case: |
|---|
| Debtor name **SKS Bottle and Packaging Inc** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Real Property Sublease 10 Skyward Dr., Saratoga Springs, NY 12866** | |
| State the term remaining **12/31/2024** | **Green Mountain Electric Supply 356 Rathe Road Colchester, VT 05446** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Toyota 7BPUE15 Forklift** | |
| State the term remaining **None** | **Industrial Handling Equipment Inc 846 S Stanford Way Sparks, NV 89431** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Toyota 9BRU18 Forklift** | |
| State the term remaining **None** | **Industrial Handling Equipment, Inc. 846 S Stanford Way Sparks, NV 89431** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Toyota 8HBE30 Forklift** | |
| State the term remaining **None** | **Industrial Handling Equipment, Inc. 846 S Stanford Way Sparks, NV 89431** |
| List the contract number of any government contract | |

Debtor 1  **SKS Bottle and Packaging Inc**                                    Case number *(if known)* _____
          First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Model 7500R45TT Forklift and battery** | |
|---|---|---|---|
| | State the term remaining | **9/1/2025** | |
| | List the contract number of any government contract | | **Raymond Leasing Corporation PO Box 301590 Dallas, TX 75303** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property 46 Isidor Ct, Suites 106 and 107, Sparks, NV 89441** | |
|---|---|---|---|
| | State the term remaining | **10/31/2028** | |
| | List the contract number of any government contract | | **Spanish Springs LLC c/o Avenue 55 LLC 601 Union St., Suite 2930 Seattle, WA 98101** |

**Fill in this information to identify the case:**

Debtor name **SKS Bottle and Packaging Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

## United States Bankruptcy Court
### Northern District of New York

In re   **SKS Bottle and Packaging Inc**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kendall Horan**<br>**55 Granite Lane**<br>**Saratoga Springs, NY 12866** | **Shareholder** | **43.58%** | |
| **Shaun Horan**<br>**16 Columbine**<br>**Binghamton, NY 13901** | **Shareholder** | **12.84%** | |
| **Steven Horan**<br>**55 Maple Lane**<br>**Ludlow, VT 05149** | **Shareholder** | **43.589%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 18, 2024**

Signature   **/s/ Ken Horan**

**Ken Horan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re  **SKS Bottle and Packaging Inc**                                        ,

                            Debtor                    Case No.

                                                      Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**14-1687374**

## <u>CERTIFICATION OF MAILING MATRIX</u>

I,(we),  <u>Justin A. Heller</u>  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.


Dated:  **November 18, 2024**

                                                    **/s/ Justin A. Heller**
                                                    **Justin A. Heller**
                                                    Attorney for Debtor/Petitioner
                                                    (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

3n Documentation Destruction, Inc.
PO Box 4044
Clifton Park, NY 12065


Acme Vial
1601 Commerce Way
Paso Robles, CA 93446


Advanced Automation Inc
339 SW 6th Street
Des Moines, IA 50309


Advanced Poly-packaging, Inc.
PO Box 7040
Akron, OH 44306


Alan Bergman
6821 Calle Del Paz S
Boca Raton, FL 33433


Aliksir Inc
1040 Chemin du Roi
Grondines, QC G0A 1W0 Canada


Alpha Packaging, Inc.
PO Box 208633
Dallas, TX 75320


Altium Packaging
1 Tata Blvd.
Ste. 303
Nashua, NH 03062


Amanda Kezios
2011 W Belmont St
Chicago, IL 60618


Amcor Rigid Packaging USA, LLC
PO Box 93748
Chicago, IL 60673


American Blending & Filling
1909 S Waukegan Rd
Waukegan, IL 60085

American Express
PO Box 570622
Atlanta, GA 30357

American International Electric, Inc.
1325 S. Johnson Drive
Hacienda Heights, CA 91745

Andrea Fender
2010 93rd Ave SE
Olympia, WA 98501

Andrea Reisen
61247 State Rt 415
Avoca, NY 14809

Anita Elfving
600 Martin Rd
Santa Cruz, CA 95060

Antonio Lindsey
3425 Branch Ave
Temple Hills, MD 20748

Arc Best
PO Box 10048
Fort Smith, AR 72917

Ardagh Group
8770 W. Bryn Mawr Ave
8th Floor
Chicago, IL 60631

Ardene Flahavin
4396 Sunbelt Dr
Addison, TX 75001

Arielle Alessandrini
1743 Route 17A
Florida, NY 10921

Armondo Briones
Paseo De Francia 18
3a Sec.de Lomas, Cuidad, Mexico

Aromas para el Alma
Oceanica Logistics
9372 NW 101st St
Dania, FL 33004


Authorize.net
10 Skyward Drive
Saratoga Springs, NY 12866


B & L Disposal
P.O. Box 541065
Los Angeles, CA 90054


Baar Products Inc
PO Box 60
Downingtown, PA 19335


Bank of Greene County
302 Main Street
Catskill, NY 12414


Baralan USA, Inc.
120-19 89th Avenue
Richmond Hill, NY 11418


Barry Michael
7933 SW Jack James Dr
Stuart, FL 34997


Benchmark Scientific
PO Box 709
Edison, NJ 08818


Berdie Muirhead
718 S. Columbus Avenue
Mount Vernon, NY 10550


Billy Hill
2050 N Kansas Ave
Liberal, KS 67901


Bioplast Manufacturing, LLC
128 Wharton Road
Bristol, PA 19007

Bison Star Naturals
1029 Paseo Del Pueblo Norte
Unit 2
El Prado, NM 87529


BL Biolabs/Marian Kapuspa
2021 Sunnydale Blvd
Ste 140
Clearwater, FL 33765


Bluegrass Superior Foods
4770 Crittenden Dr
Ste F
Louisville, KY 40209


Bond, Schoeneck and King, PLLC
22 Corporate Woods Blvd
Ste 501
Albany, NY 12211


Brady Wildenradt
1200 N. Branch St
2nd Fl
Chicago, IL 60642


Brett Brand
133 N Kohler Rd
Orrville, OH 44667


Brian Marshall
1056 Fox Valley Dr
Aurora, IL 60504


Burgarello Alarm
PO Box 12487
Ogden, UT 84412


C.H. Robinson Worldwide, Inc.
1200 Internaitonal Pkwy
Ste 150
Woodridge, IL 60517


Cabot Hill Naturals
Dental Herb Company
62 Bridge St
Lancaster, NH 03584

Carlos Lopez Phytosan SA CV
Palma Sola 1107 Int. E, Zona Indus.
Guadalajara, Jalisco, Mexico


Carol Tepley
1502 Broadway N
Fargo, ND 58102


Carolyn Hennes Augustines
3327 S Halstead Street
Chicago, IL 60608


Casella Waste Management
PO Box 1372
Williston, VT 05495


Cefo Advisors
125 High rock Ave
Ste 107A
Saratoga Springs, NY 12866


Charles Pellegrini
19 Park Forest Rd
Pittsford, NY 14534


China-Gel Inc
22848 Herons Ct
Lake Zurich, IL 60047


Christina Vandiver
1855 Griffin Rd
Suite B428
Dania, FL 33004


Christopher J. Berlingieri, Esq.
Berlingieri Law PLLC
244 Fifth Avenue, Suite F276
New York, NY 10001


Christy Olson
14411 Coil Plus Rd
Unit G107
Plainfield, IL 60544

Chrystal MacLeod
655 East 15th Ave
Vancouver, BC V5T 2R6 Canada

Cindy Heinemann
446 E Parkway
11
Gatlinburg, TN 37738

CJB Industries
PO Box 1362
Valdosta, GA 31603

Classic Containers
1700 S. Hellman Ave
Ontario, CA 91761

Clear View Bag Co
PO Box 11-160
Albany, NY 12205

Coleen Jordon
24 Hewitt St
Willimantic, CT 06226

Colts Plastics
PO Box 429
Dayville, CT 06241

Comar
PO Box 12486
Newark, NJ 07101

Commercial Lending Advisors
18 Computer Drive East
Ste 202
Albany, NY 12205

Commissioner of Finance
P.O. Box 328
474 Broadway
Saratoga Springs, NY 12866

Constellation Newenergy, Inc.
PO Box 4640
Carol Stream, IL 60197


CPS Products
1010 E 31st St
Hialeah, FL 33013


Cream Blends
4425 Fernlee
Royal Oak, MI 48073


Crystal Rock, LLC
PO Box 660579
Dallas, TX 75266


D.G. USA
90 Parah Drive
Saint Albans, VT 05478


Danielle Roach
14207 Citrus Ct
TN 38078


Dispensa-matic Label Dispensers
28220 Playmor Beach Road
Rocky Mount, MO 65072


Dorinda Walters
6205 Hqy 91 N
Mountain City, TN 37683


Dorothy Williams
42 Hillside Dr
Yorkville, IL 60560


Dwk Life Sciences Millville
Dept CH 17166
Palatine, IL 60055


East Penn Container
PO Box 306
Fleetwood, PA 19522

Edward Don
9801 Adam Don Pkwy
Woodridge, IL 60517

EJ Mc Kernan Company
PO Box 7281
Reno, NV 89510

Elodie Jasmin
130 Rue St Thomas
Saint-Come, QC J0K 2B0 Canada

Envases
12 Howe Drive
Amherst, NH 03031

Equilibria Inc.
213 W Institute Pl
Ste 600
Chicago, IL 60610

Express Tubes
8655 South 208th Street
Kent, WA 98031

Fedex
PO Box 371461
Pittsburgh, PA 15250

FedEx Freight
PO Box 223125
Pittsburgh, PA 15251

Fillmore Container
2315 Norman Road
Lancaster, PA 17601

First Choice Services
7525 Colbert Drive
Ste 104
Reno, NV 89511

Five Star Wholesale Products Bichara
13776 SW 145th Ct
Miami, FL 33186

Flash Beaute Inc.
4629 Rue Louis B Mayer
Laval, QC H7P 6G5 Canada


FTR Enterprises
PO Box 822
Evanston, IL 60204


Garden of Wisdom
440 W Goodwin St
Prescott, AZ 86303


Gerald Nicklas
65 Viden Rd
Quincy, MA 02169


Glenn Ridenour
404 Woodland Ave
Kalispell, MT 59901


Global Equipment Company
19833 Network Place
Chicago, IL 60673


Globalpak
1421 West Main Street
Alliance, OH 44601


Green Beauty Inc
1277 Rand Rd
Des Plaines, IL 60016


Green Mountain Electric Supply
356 Rathe Road
Colchester, VT 05446


High Desert Internet Services
PO Box 11353
Reno, NV 89510


Howards Market
6063 SW 18th St
Boca Raton, FL 33433

Ian Cutler
137 Anacapa St
Ste D
Santa Barbara, CA 93101


IDT Austrailia Ltd.
39 Wadhurst Dr
Boronia, Victoria, Australia


Independent Can Company
1300 Brass Mill Road
Belcamp, MD 21017


Industrial Handling Equipment Inc
846 S Stanford Way
Sparks, NV 89431


Industrial Handling Equipment, Inc.
846 S Stanford Way
Sparks, NV 89431


Inpres Inc.
1200 Flex Court
Lake Zurich, IL 60047


Intersol Ltd
145 O'Meara Rd
Arima, Trinidad and Tobago


James McAllister
1515 Inverness Road
Mansfield, TX 76063


Jason Greathouse
4000 E Hobson Rd
Roswell, NM 88203


Jason Van Meter
5341 E County Rd 875 S
Marengo, IN 47140


Jeff Peruski
140 W 100 S
Lagrange, IN 46761

Jenna Andrews
231 Larissa Dr
Charleston, SC 29414


Jennifer Moran
30235 Woodall Dr
Solon, OH 44139


Jennifer Ridgway
85 Water St
Carlottetown, PE C1A 1A5 Canada


Jeremy Speich, Esq.
Harris Beach
677 Broadway, #1101
Albany, NY 12207


Joanna S Miller
450 Thayer Rd
Santa Cruz, CA 95060


Jocelyn Gomez
810 W Bethany Home Rd
Phoenix, AZ 85013


Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250


Jordan Essentials/Nancy Bogart
1520 N Commercial Rd
Nixa, MO 65714


Joshua Herzing
2275 Swallow Hill Rd
Bldg 1100
Pittsburgh, PA 15220


Julie Haushalter
5160 Newcomer Ln
Harrisonburg, VA 22801


Just Nutritive
2021 High Ridge Rd
Boynton Beach, FL 33426

K. Hall Studio
715 Hanley Industrial Ct
Saint Louis, MO 63144


Kabbage
American Express
PO Box 570622
Atlanta, GA 30357


Ken Horan
c/o SKS Bottle an dPAckaging Inc
10 Skyward Drive
Saratoga Springs, NY 12866


Kirchenberg Farm LLC
1832 Richmond Rd
Fleetwood, PA 19522


KoHo Realty
25 Legends Way
Clifton Park, NY 12065


Kristy Callari
640 Montrose Ave
South Plainfield, NJ 07080


Larry Smith
236 Executive Drive
Jackson, TN 38305


Laura Whitaker
582 Indian Grove
Toronto, ON M6P 2J4 Canada


Lauren Murphy
30 Meeting House Rd
Bellows Falls, VT 05101


Lemongrass Spa Products
720 Anclote Rd
Tarpon Springs, FL 34689


Lianne Kulp
35 County Rd 1
Toledo, ON K0E 1Yo Canada

Lindenmeyr Munroe
1 Catherine Street
Teterboro, NJ 07608


Listrak
100 W. Millport Road
Lititz, PA 17543


Lund Mechanical LLC
900 Deming Way
Ste 3
Cranford, NJ 07016


Mabel Jakimtschuk
19 Kenworth Dr
Vancouver, BC V5X 2X7 Canada


Madan Plastics, Inc
108 N. Union Avenue
Suite 3
Cranford, NJ 07016


Mainfreight Inc.
1400 Glenn Curtiss
Carson, CA 90746


Marantha Owens
7604 W Highland Dr
Coeur D Alene, ID 83814


Margot Devilliers & Sarah Moret
4645 30th St
San Diego, CA 92116


Marion Brown
260 Motor Parkway
Hauppauge, NY 11788


Marisa Martin
1526 Milton Grove Rd
Mount Joy, PA 17552


Marjeanne Showalter
7346 Hollow Corners Rd
Almont, MI 48003

Martin Marklin
112 Riverside Dr
Contoocook, NH 03229


Maryann Stanger
3707 North 4100 E
Hansen, ID 83334


Mauser Packaging Solutions
PO Box 741163
Atlanta, GA 30374


McKenna Smith
4566 Hartzell Ln
Apt 101
Eau Claire, WI 54703


Melissa Coppola
588 Harney Heights Rd
Geneva, FL 32732


Merrill Lynch
200 Park Ave
13th Floor
New York, NY 10166


MESCO
21 Chatham Rd
Summit, NJ 07901


Michael Jarrett
1368 N US Hwy 1
406
Ormond Beach, FL 32174


Michal Berski
276 5th Ave
Ste 704
New York, NY 10001


Michelle Herr
32950 Paraguay Rd
Temecula, CA 92592

Miller Industrial Properties
140 W. Huffaker Lane
Ste 505
Reno, NV 89511


Mobile Air Transport, Inc.
Box 219
Latham, NY 12110


Modern Roots
205 5th St N
Buffalo, MN 55313


Mohawk Global Logistics
4 Automation Lane
Ste 250
Albany, NY 12205


Mold-rite Plastics
PO Box 160
Plattsburgh, NY 12901


MTC Bio
PO Box 4555
Metuchen, NJ 08840


Multi Packaging Solutions
75 Remittance Drive
Ste 3111
Chicago, IL 60675


Nanoprotex
670 Rue Bouvier, Local 130
Quebec, QC G2J 1A7 Canada


Natalie Gardner
12926 Treaty Line St
Carmel, IN 46032


Natures Plus
548 Broadhollow Rd
Melville, NY 11747

Nervous Nellies Jams and Jellies
598 Sunshine Rd
Deer Isle, ME 04627


Nettitude Inc
50 Broad Street
New York, NY 10004


New York State Dept. of Taxation & Finan
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


Nicolai Naess
116-408 East Kent Ave South
Vancouver, BC V5X 2X7 Canada


Ningbo Jinzhou Commodity Do., Ltd
7th Miaohoutou Rd, Lanjiang District
Yuyao, China


Noey McDonald
18719 US Hwy 97A
Entiat, WA 98822


Nutek Business Products, LLC
1971 Western Avenue
Ste 229
Albany, NY 12203


Oculus Technologies of Mexico
Ind. Vidriera 81, FRACC Ind. Zapopan N.
Jalisco, Mexico 45130


Orkin 837
PO Box 7161
Pasadena, CA 91109


Otis Elevator Company
P.O. Box 13716
Newark, NJ 07188


Pacific Vial
2738 Supply Ave
Los Angeles, CA 90040

Packaging Equipment & Parts
6681 33rd St
Unit C1
Sarasota, FL 34243


Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104


Paul Targosz
2633 N 37th Av e
Ste 7-10
Phoenix, AZ 85009


PGP Glass USA Inc
PO Box 783991
Philadelphia, PA 19178


Phoenix Closures
PO Box 84866
Chicago, IL 60689


Pikes Peak Organic Manufacturing
4699 Nautilus Ct S
Ste 504
Boulder, CO 80301


Premier Pigments
2910 Justin Rd
Lewisville, TX 75077


Prima Fleur
84 Galli Dr.
Novato, CA 94949


Prologistix
249 West High Street
Elkton, MD 21921


Pure Colors Cosmetics
800 Broadway
Ste 11
Haverhill, MA 01832

Pure Haven Essentials
1 Carding Ln
Johnston, RI 02919


Quantum Forklift Service Inc
532 Reynolds Rd
Fultonville, NY 12072


Rachel Glarner
500 Bursca Dr
Ste 506
Bridgeville, PA 15017


Ranvir Gujral
61 Cook St
Unit B
San Francisco, CA 94118


Raymond Leasing Corporation
PO Box 301590
Dallas, TX 75303


Rick Jarnell
1306 Boundary Rd
Burnaby, BC V5K 4T6 Canada


Ringcentral
PO Box 734232
Dallas, TX 75373


Roberta White
4775 Industrial Way
Benicia, CA 94510


Robyn Bradley
106 1st St
Ste D
La Conner, WA 98257


Romanian Remedies Dryden
PO Box 47743
San Antonio, TX 78265

Ronald Cavanaugh
707 Park Ave
Saint Louis, MO 63104


Ryan Mitchell
2027 21st Pl W
Lynnwood, WA 98036


Sabio Cosmetics
1309 48th Ave
Woodside, NY 11377


Saltspring Soapworks
115 Desmond Cres.
Salt Spring Island, BC V8K 2S1 Canada


Sanders Fire and Safety
26 Viall Ave
Mechanicville, NY 12118


Sara York
28 Webbs Mills Rd
Casco, ME 04015


Saratoga Tea & Honey Co
348 Broadway
Saratoga Springs, NY 12866


Saxbst
26 Computer Drive West
Albany, NY 12205


Scale Service & Supply Co, Inc.
PO Box 660
344 South St
Rensselaer, NY 12144


Shippo
965 Mission Street
San Francisco, CA 94103


Shoshanna Walker
2604 Gregory St
Savannah, GA 31404

Sifted LLC
PO Box 88109
Milwaukee, WI 53288


Silgan Plastics Canada Inc.
c/o T52618C, Box 4526, Postal Station A
Toronto, ON, M5W 5Z9


Silgan Plastics Corporation
2 Powell Lane
Penn Yan, NY 14527


Silver Spur Corp
16010 Shoemaker Ave
Cerritos, CA 90703


Simon Tooley
3700 St Patrick. Ste. 232
Montreal, QC H4E 1A2 Canada


Simport Scientific
2588 Bernard-Pilon
Beloeil, QC J3G 4S5


Sinclair & Rush
PO Box 804957
Kansas City, MO 64180


SKINourishment Inc
2084 E3900 S
Salt Lake City, UT 84124


Smith Storage Systems LLC
13951 Mt Bismark St
Reno, NV 89506


Snowline Packaging Solutions
455 S 6400 W
Ste 700
Salt Lake City, UT 84104


Spanish Springs 1 LLC
601 Union St
Ste 2930
Seattle, WA 98101

Spanish Springs LLC
c/o Avenue 55 LLC
601 Union St., Suite 2930
Seattle, WA 98101


Stacy Smoot
18926 W 59th Dr
Golden, CO 80403


State of Florida
PO Box 6668
Tallahassee, FL 32314


Stephanie Franchini
34892 Irene Rd
Kirkland, IL 60146


Stephanie Lombardi
99 Hartford Ave
Providence, RI 02909


Stephanie Plaetner
4936 50th St
Stettler, AB T0C 1G0 Canada


Steven Horan
c/o SKS Bottle and Packaging Inc.
10 Skyward Drive
Saratoga Springs, NY 12866


Stoelzle-Oberglas GMBH
Fabrikstraße 11
Koflach, Austria A-8580


Stull Technologies, Inc.
17 Veronica Ave
Somerset, NJ 08873


Supernatural Inc.
160 Varick St
Fl. 3
New York, NY 10013

Susan Sledge
1103 Glenbrook St
Fort Worth, TX 76126


Tattoo Supply Company
15410 Stafford St
La Puente, CA 91744


Tatyana German
140 58th St
Bldg B, Unit 8G
Brooklyn, NY 11220


Taylor Silar
1002 Wilder Ave
Helena, MT 59601


Tecnocap Llc
1701 Wheeling Ave
Glen Dale, WV 26038


TForce Freight
9954 Mayland Drive
3rd Floor, Suite 300
Henrico, VA 23233


The Body Deli
73910 Hwy 111
Ste B
Palm Desert, CA 92260


The Herbal Path
835 Central Ave
Dover, NH 03820


The Travelers
PO Box 42527
Philadelphia, PA 19101


Theodore E. Chrissinger, Esq.
Hoy Chrissinger Vallas
50 West Liberty St., Ste. 840
Reno, NV 89501

Thomas W Droog
Box 1041
Nanton, AB T0L 1R0 Canada

Thompson & Johnson Equipment Co. Inc.
6926 Fly Rd
East Syracuse, NY 13057

Tiffany Paulino
9343 Winebrook Ave
Las Vegas, NV 89148

Tim Shu
13337 South Atreet 555
Cerritos, CA 90703

Titan Plastics Company
PO Box 638369
Cincinnati, OH 45263

Todd Furman
12 McFadden Rd
Easton, PA 18045

Topiderm Inc
174 Rt 109
West Babylon, NY 11704

Toyota Industries Commercial Finance, In
PO Box 660926
Dallas, TX 75266

TQL
4289 Ivy Point Blvd
Cincinnati, OH 45245

Tree of Life
Eiko Nakagaki, 6-3-8 Jingumae
Shibuya-Ku, Tokyo, Japan

Truckee Meadows Fire Rescue
6336 Barron Way
Reno, NV 89511

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680


Unifirst Corporation
PO Box 650481
Dallas, TX 75265


Unishippers
PO Box 43
Bennington, VT 05201


UPS Professional Services
28013 Network Place
Chicago, IL 60673


USS LLC
780 Frelinghuysen Ave
Newark, NJ 07114


Van Blarcom Closures, Inc
156 Sanford St
Brooklyn, NY 11205


Vaneisha Green
2724 Hickory Smoke Ct
Snellville, GA 30078


Vertical Transportation Consulting
430 Franklin St
Schenectady, NY 12305


Viant Mexicana de Servicios
2001 Sanyo Ave
Bldg 1, Ste C
San Diego, CA 92154


Viktor Dubovoy
100 Louis St
Ste E
South Hackensack, NJ 07606

Virginia Whitford
9476 E Colonial Dr
Orlando, FL 32817


Weatherchem Corp
PO Box 92356
Cleveland, OH 44193


Weber International Pkg. Co., LLC
318 Cornelia St
Plattsburgh, NY 12901


Wells Fargo Vendor Financial Services
PO Box 30310
Los Angeles, CA 90030


World Famous Tattoo Inc
13000 S Tyron St
Ste F321
Charlotte, NC 28278


Xerox Financial Services
PO Box 202882
Dallas, TX 75320


Yehuda Kaufman
38 Walworth St
Brooklyn, NY 11205


Yorker Closures
PO Box 745397
Atlanta, GA 30384


Young Pharmaceuticals Inc
2138 Berlin Tpke
Wethersfield, CT 06109

# United States Bankruptcy Court
## Northern District of New York

In re    **SKS Bottle and Packaging Inc**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **SKS Bottle and Packaging Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 18, 2024**

Date

**/s/ Justin A. Heller**

**Justin A. Heller**

Signature of Attorney or Litigant

Counsel for    **SKS Bottle and Packaging Inc**

**Nolan Heller Kauffman LLP**

**80 State Street, 11th Floor**
**Albany, NY 12207**
**518-449-3300 Fax:518-432-3123**
**jheller@nhkllp.com**