So Ordered.

Signed this 19 day of November, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    SKS BOTTLE AND PACKAGING, INC.,        Case No. 24-11283

                                          Chapter 11

                            *Debtor*.

_____

### ORDER SHORTENING TIME OF NOTICE OF HEARING
### PURSUANT TO LOCAL RULE 9013-1(d) AND FRBP 9006(c)

Upon the application of the Debtor, by and through its proposed attorneys, Nolan Heller Kauffman LLP, for an Order pursuant to F.R.B.P. 9006(c) shortening the time for notice of a hearing (the "Application") on the Debtor's First Day Motions; it is hereby

**ORDERED**, that the hearing on the Debtor's First Day Motions shall be heard on Wednesday, **November 20, 2024**, at **2:00 p.m.** Parties may appear either telephonically via call-in number: 518-217-2288, Conference ID: 939500229#, or in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order, the Application and the First Day Motions upon the United States Trustee via e-mail, upon all secured creditors via e-

mail and overnight mail with morning service and upon the 20 largest unsecured creditors pursuant to Fed. R. Bankr. P. 7004 on or before **November 19, 2024**; and it is further

**ORDERED**, that opposition, if any, shall be accepted at the hearing.

# # #