So Ordered.

Signed this 19 day of November, 2024.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: SKS Bottle and Packaging, Inc.

                                        Debtor(s).

Social Security No(s).: xxx-xx-      xxx-xx-
Employer's Tax Identification No.: 14-1687374

Case No.  24-11283
Chapter 11

### ORDER FIXING DEADLINES TO FILE PROOFS OF CLAIM

The **deadline to file proofs of claim** or interest for other than a governmental unit has been **fixed as February 17, 2025**, pursuant to Fed. R. Bankr. P. 3003(c)(3).   The deadline to file proofs of claim or interest for a governmental unit has been **fixed as May 19, 2025**, pursuant to 11 U.S.C. § 502(b)(9).

###

O:R3003 (Rev. 01-28-2021)