## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re SKS Bottle and Packaging Inc ,

    Debtor(s)

Case No. 24–11283–1–rel

Last four digits of Social Security No(s). : ,
Employer's Tax Identification No(s). *[if any]*: 14–1687374 ,

Chapter 11

## NOTICE OF CLAIM DEFICIENCY

The Clerk is in receipt of your claim # 13 . The Claim is problematic for the following reason(s):

    The Proof of Claim is missing a signature.

To fix the problem, follow the below instructions:

    Review your filed document and take appropriate action.

It is your responsibilty to comply with all applicable notice and service requirements for any amended, additional, or revised documents filed in response to this Notice. If you have any procedural questions, you may contact the Deputy Clerk listed below.

Date: 12/26/24

    Cynthia A. Platt
    Clerk, U.S. Bankruptcy Court

    By:  Dana Rosenberg
       518–257–1616
    Deputy Clerk's Name and Telephone Number

## *CERTIFICATE OF MAILING*

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Albany, hereby certifies that on this date a true copy of the foregoing document:

☑ was mailed by United States Postal Service as Shown below:

Spanish Springs I LLC
Attn: Investco Legal
1302 Puyallup Street, Suite A
Sumner, WA 98390

☑ was sent electronically to the registered users of the Northern District of New York CM/ECF system at the email address show below:

Justin A. Heller on behalf of Debtor SKS Bottle and Packaging Inc
jheller@nhkllp.com, spaulsen@nhkllp.com;bcarosi@nhkllp.com

Brian D. Roy on behalf of Creditor Green Mountain Electric Supply, Inc.
broy@harrisbeach.com, bkemail@harrisbeach.com;efilings@HarrisBeach.com

Harrison E. Strauss on behalf of U.S. Trustee U.S. Trustee
harrison.strauss@usdoj.gov

U.S. Trustee
USTPRegion02.AL.ECF@USDOJ.GOV

Matthew Michael Zapala on behalf of Debtor SKS Bottle and Packaging Inc
mzapala@nhkllp.com, spaulsen@nhkllp.com

Date: 12/26/24                                                                 Dana Rosenberg
                                                                                          Deputy Clerk