UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:  

    SKS BOTTLE AND PACKAGING INC.

                                Debtor.

BANKRUPTCY NO.
24-11283

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

---

    Marinstein & Marinstein, Esqs., PLLC hereby gives notice pursuant to Bankruptcy Rule 9010 that it is appearing in the above-entitled bankruptcy case as attorneys for **Multi Packaging Solutions Inc.** and requests under Bankruptcy Rule 2002(i) that it receive all notices, and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case, and that it be added to the mailing matrix. Notice should be sent to the following address:

                        MARINSTEIN & MARINSTEIN, ESQS., PLLC
                                ATTORNEYS AT LAW
                         22 FIRST STREET - P.O. BOX 155
                          TROY, NEW YORK 12181-0155

DATED:    FEBRUARY 11, 2025         MARINSTEIN & MARINSTEIN, ESQS., PLLC

                       BY:    _____
                               EDWARD R. MARINSTEIN
                               BAR ROLL NUMBER 508224
                               MARINSTEIN & MARINSTEIN, ESQS., PLLC
                               ATTORNEYS FOR CLAIMANT
                               OFFICE AND P.O. ADDRESS
                               22 FIRST STREET - P.O. BOX 155
                               TROY, NEW YORK 12181-0155
                               TELEPHONE: (518) 274-5034