UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| SKS Bottle and Packaging, Inc., | Chapter 11<br>Case No. 24-11283 |
| Debtor. | |

**ORDER SHORTENING TIME PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) FOR NOTICE OF HEARING FOR DEBTOR'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (II) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (IV) APPROVING THE APA; (B)(I) AUTHORIZING AND APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (II) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

Upon the application of the Debtor, by and through its attorneys, Whiteman Osterman & Hanna LLP, for an Order pursuant to F.R.B.P. 9006(c) shortening the time for notice of a hearing (the "Application") on the Debtor's *Motion for Entry of Orders: (A)(I) Approving Bidding Procedures in Connection with the Proposed Sale of Substantially All of the Debtor's Assets, (II) Scheduling an Auction and Hearing to Consider he Sale, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving the Stalking Horse APA; (B)(I) Authorizing and Approving*

*the Sale of Assets Free And Clear Of Liens, Claims, Encumbrances, and Interests, and (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "Motion"); it is hereby

**ORDERED**, that the Application to shorten time for the hearings on the Motion is granted; and it is further

**ORDERED**, that hearing on the Motion shall be held on **February 21, 2025 at _____ a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York; and it is further

**ORDERED**, that appearances may be made in-person at the courthouse **OR** by telephone via call-in number: 518-217-2288; and Conference ID: 939500229#; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order and the Motion via CM/ECF on the United States Trustee and all other parties that have appeared; via email on counsel for Green Mountain Electric Supply, and via first class mail on the 20 largest unsecured creditors on or before **February 19, 2025**; and it is further

**ORDERED**, that any opposition to the Motion may be interposed at the hearing; and it is further

**ORDERED**, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Motion.

###