So Ordered.

Signed this 19 day of February, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

SKS BOTTLE AND PACKAGING INC.,

*Debtor*.

Case No. 24-11283
Chapter 11

**ORDER SETTING HEARING PURSUANT TO 11 U.S.C. § 105**

On February 19, 2025, the Debtor filed an omnibus motion (ECF No. 43) and a motion to shorten time (ECF No. 44) regarding, among other things, the approval of bidding procedures.

A hearing regarding the motion to shorten time shall be held on **February 20, 2025,** at **10:00 a.m.** The parties may appear either **via call-in number: 518-217-2288, Conference ID: 939500229#**, or **in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York**.

The following parties are expected to appear and other interested parties may attend:

**Justin A. Heller, Esq.** or **Matthew M. Zapala, Esq.**
Whiteman Osterman & Hanna LLP
*Attorney for Debtor*
80 State Street, 11th Floor
Albany, New York 12207

# # #