So Ordered.

Signed this 20 day of February, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

SKS Bottle and Packaging, Inc.,

Case No. 24-11283
Chapter 11

Debtor.

**ORDER SHORTENING TIME PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) FOR NOTICE OF HEARING FOR DEBTOR'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (II) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (IV) APPROVING THE APA; (B)(I) AUTHORIZING AND APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (II) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

Upon the application of the Debtor, by and through its attorneys, Whiteman Osterman & Hanna LLP, for an Order pursuant to F.R.B.P. 9006(c) shortening the time for notice of a hearing (the "Application") on the Debtor's *Motion for Entry of Orders: (A)(I) Approving Bidding Procedures in Connection with the Proposed Sale of Substantially All of the Debtor's Assets, (II) Scheduling an Auction and Hearing to Consider he Sale, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving the Stalking Horse APA; (B)(I) Authorizing and Approving*

*the Sale of Assets Free And Clear Of Liens, Claims, Encumbrances, and Interests, and (II) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "Motion"); it is hereby

**ORDERED**, that the Application to shorten time for the hearings on the Motion is granted; and it is further

**ORDERED**, that a hearing on the Motion shall be held on **February 25, 2025 at 9:30 a.m.** at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207. Appearances may be made in-person at the courthouse **OR** by telephone via call-in number: 518-217-2288; and Conference ID: 939500229#; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order and the Motion via CM/ECF upon the United States Trustee and all other parties that have appeared; via email upon counsel for Green Mountain Electric Supply, and via email upon the 20 largest unsecured creditors on or before **February 20, 2025**; and it is further

**ORDERED**, that a request for paper copies of the Order and Motion may be made to Debtor's counsel; and it is further

**ORDERED**, that any opposition to the Motion may be interposed at the hearing; and it is further

**ORDERED**, that notice pursuant to this Order shall be deemed good and sufficient notice of the hearing on the Motion.

###