

80 State Street, 11th Floor
Albany, New York 12207
518.487.7600 phone
518.487.7777 fax

Heller, Justin A.
Partner
518-487-7793 phone
JHeller@woh.com

April 22 , 2025

**VIA CM-ECF**
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court NDNY
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

    Re:    **Wind-Down Bottle and Packaging, Inc. ("Debtor")**
           **f/k/a SKS Bottle and Packaging, Inc.**
           **Chapter 11; Case No.: 24-11283**

Dear Judge Littlefield:

    Pursuant to the Court's *Order Approving Sale of SKS Bottle and Packaging, Inc.'s Assets and, if any, the Assumption & Assignment of Executory Contracts & Unexpired Leases Under 11 U.S.C. 363 and 365* entered on March 12, 2025 (the "**Order**"; ECF No. 62), the Debtor sold substantially all of its assets to Pipeline Packaging Corporation for $1,500,000.00 on March 12, 2025.

    A copy of the Statement of Sale is enclosed, pursuant to FRBP 6004(f).

                                 **WHITEMAN OSTERMAN & HANNA LLP**

                                 */s/Justin A. Heller*

                                 Justin A. Heller

cc:    CM-ECF Parties