## STATEMENT OF SALE

**SKS Bottle and Packaging, Inc; US Bankruptcy Court; NDNY; Case No. 24-11283**

**Bankruptcy Code Section 363 Asset Sale**

**SKS BOTTLE AND PACKAGING, INC. to PIPELINE PACKAGING CORPORATION**

**Date of Sale**: March 12, 2025

**Purchase Price for Assets Sold**:     $1,500,000.00

Received Into Whiteman Osterman & Hanna, LLP IOLA Account, and Disbursed as follows:

$387,226.38 – Green Mountain Electrical Supply -  Administrative Expense Claim Payoff

$851,554.30 – Green Mountain Electrical Supply -  Secured Note Payoff

$32,793.77 – ADP, LLC – Seller Payroll

$8,197.07 – Raymond Leasing

$220,228.48 – Retained by Whiteman Osterman & Hanna