# Exhibit "A"

# NOLAN HELLER KAUFFMAN LLP

Date: 04/22/2025          **Detail Fee Transaction File List**          Page: 1

Nolan Heller Kauffman LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|------|
| **Tcode 201 Case Administration** | | | | | | | | | |
| 12478.000 | 11/18/2024 | JAH | P | 201 | 425.00 | 4.80 | 2,040.00 | Case Administration - Review and finalize first day motions and Nolan Heller Kauffman LLP retention application; meet with Ken and Steve Horan to discuss DIP duties and related matters SKS Bottle and Packaging, Inc. Financial Review | 228 |
| 12478.000 | 11/18/2024 | MMZ | P | 201 | 310.00 | 0.70 | 217.00 | Case Administration - Further revisions to Motion to Pay Pre-Petition Wages and Application to Shorten Time and proposed Order Granting the same SKS Bottle and Packaging, Inc. Financial Review | 229 |
| 12478.000 | 11/18/2024 | MMZ | P | 201 | 310.00 | 1.50 | 465.00 | Case Administration - Meeting with the clients regarding the bankruptcy petition and schedules SKS Bottle and Packaging, Inc. Financial Review | 232 |
| 12478.000 | 11/19/2024 | MMZ | P | 201 | 310.00 | 0.30 | 93.00 | Case Administration - Attention to issues relating to Suggestion of Bankruptcy in District Court Matter SKS Bottle and Packaging, Inc. Financial Review | 234 |
| 12478.000 | 11/19/2024 | MMZ | P | 201 | 310.00 | 0.50 | 155.00 | Case Administration - Attention to service of Order Shortening Time and First Day Motions SKS Bottle and Packaging, Inc. Financial Review | 235 |
| 12478.000 | 11/19/2024 | JAH | P | 201 | 425.00 | 1.80 | 765.00 | Case Administration - Communicate with UST and secured creditor, landlords, and other parties of interest regarding bankruptcy filing and first day motions SKS Bottle and Packaging, Inc. Financial Review | 236 |
| 12478.000 | 11/20/2024 | JAH | P | 201 | 425.00 | 2.70 | 1,147.50 | Case Administration - Prepare for and participate in first day hearings SKS Bottle and Packaging, Inc. Financial Review | 245 |
| 12478.000 | 11/20/2024 | JAH | P | 201 | 425.00 | 0.80 | 340.00 | Case Administration - Telephone call and emails with client regarding first day hearings SKS Bottle and Packaging, Inc. Financial Review | 246 |
| 12478.000 | 11/21/2024 | JAH | P | 201 | 425.00 | 0.50 | 212.50 | Case Administration - Finalize Orders on first day motions SKS Bottle and Packaging, Inc. Financial Review | 239 |
| 12478.000 | 11/21/2024 | MMZ | P | 201 | 310.00 | 0.20 | 62.00 | Case Administration - Review and analysis of email received from ADP regarding payroll processing SKS Bottle and Packaging, Inc. Financial Review | 243 |
| 12478.000 | 11/21/2024 | MMZ | P | 201 | 310.00 | 0.40 | 124.00 | Case Administration - Attention to proposed orders granting First Day Motions SKS Bottle and Packaging, Inc. Financial Review | 244 |
| 12478.000 | 11/21/2024 | JAH | P | 201 | 425.00 | 0.40 | 170.00 | Case Administration - Correspondence with UST regarding information request SKS Bottle and Packaging, Inc. Financial Review | 250 |
| 12478.000 | 11/27/2024 | MMZ | P | 201 | 310.00 | 1.00 | 310.00 | Case Administration - Attention to service of Orders Granting First Day Motions SKS Bottle and Packaging, Inc. Financial Review | 248 |
| 12478.000 | 12/03/2024 | JAH | P | 201 | 425.00 | 0.50 | 212.50 | Case Administration - Attention to issues with NBT DIP account SKS Bottle and Packaging, Inc. Financial Review | 252 |
| 12478.000 | 12/03/2024 | MMZ | P | 201 | 310.00 | 0.20 | 62.00 | Case Administration - Attention to issues relating to NBT Bank DIP account issues SKS Bottle and Packaging, Inc. | 257 |

Date: 04/22/2025

**Detail Fee Transaction File List**
Nolan Heller Kauffman LLP

Page: 2

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Tcode 201 Case Administration** | | | | | | | | | |
| | | | | | | | | Financial Review | |
| 12478.000 | 12/03/2024 | MMZ | P | 201 | 310.00 | 0.40 | 124.00 | Case Administration - Calls with NBT Bank regarding DIP account issues<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 258 |
| 12478.000 | 12/03/2024 | MMZ | P | 201 | 310.00 | 0.20 | 62.00 | Case Administration - Call with UST regarding NBT Bank DIP account issues<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 259 |
| 12478.000 | 12/09/2024 | JAH | P | 201 | 425.00 | 0.70 | 297.50 | Case Administration - Review US Trustee IDI and other requirements; send email to client regarding same<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 270 |
| 12478.000 | 12/10/2024 | MMZ | P | 201 | 310.00 | 0.20 | 62.00 | Case Administration - Further call with NBT regarding DIP account issues<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 278 |
| 12478.000 | 12/10/2024 | JAH | P | 201 | 425.00 | 0.40 | 170.00 | Case Administration - Attention to issues regarding DIP account<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 285 |
| 12478.000 | 12/13/2024 | JAH | P | 201 | 425.00 | 0.80 | 340.00 | Case Administration - Review materials provided by debtor in response to IDI checklist and forward same to US Trustee<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 289 |
| 12478.000 | 12/17/2024 | JAH | P | 201 | 425.00 | 0.50 | 212.50 | Case Administration - Attend initial debtor interview<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 290 |
| 12478.000 | 12/18/2024 | JAH | P | 201 | 425.00 | 1.00 | 425.00 | Case Administration - Prepare for and attend hearing on first day motions<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 291 |
| 12478.000 | 12/23/2024 | JAH | P | 201 | 425.00 | 0.40 | 170.00 | Case Administration - Attention to information requested at IDI<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 297 |
| 12478.000 | 12/23/2024 | MMZ | P | 201 | 310.00 | 0.30 | 93.00 | Case Administration - Attention to issues relating to NBT DIP account<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 308 |
| **Total for Tcode 201** | | | | | Billable | 21.20 | 8,331.50 | Case Administration | |
| | | | | | | | | | |
| **Tcode 206 Asset Analysis and Recovery** | | | | | | | | | |
| 12478.000 | 12/03/2024 | MMZ | P | 206 | 310.00 | 1.30 | 403.00 | Asset Analysis & Recovery - Legal research regarding PayPal user agreement and provisions relating to reserves<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 260 |
| 12478.000 | 12/03/2024 | MMZ | P | 206 | 310.00 | 2.00 | 620.00 | Asset Analysis & Recovery - Begin analysis of issues relating to reserve held by PayPal<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 261 |
| 12478.000 | 12/04/2024 | MMZ | P | 206 | 310.00 | 0.50 | 155.00 | Asset Analysis & Recovery  - Begin to draft letter to Weber regarding avoidable transfers<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 263 |
| 12478.000 | 12/04/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | LitigationAsset Analysis & Recovery  - Analysis of potential avoidable transfers with Weber<br>SKS Bottle and Packaging, Inc.<br>Financial Review | 264 |
| 12478.000 | 12/04/2024 | MMZ | P | 206 | 310.00 | 1.50 | 465.00 | Asset Analysis & Recovery - Continue analysis of | 265 |

Date: 04/22/2025                **Detail Fee Transaction File List**                Page: 3

Nolan Heller Kauffman LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----------------|------|--------------|--------|---|------|
| **Tcode 206 Asset Analysis and Recovery** | | | | | | | | | |
| | | | | | | | | issues relating to reserve held by PayPal SKS Bottle and Packaging, Inc. Financial Review | |
| 12478.000 | 12/05/2024 | MMZ | P | 206 | 310.00 | 1.30 | 403.00 | Asset Analysis & Recovery - Continue to draft letter to Weber regarding avoidable transfers SKS Bottle and Packaging, Inc. Financial Review | 266 |
| 12478.000 | 12/05/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | Asset Analysis & Recovery - Emails with client regarding potential avoidable transfers with Weber SKS Bottle and Packaging, Inc. Financial Review | 267 |
| 12478.000 | 12/07/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | Asset Analysis & Recovery - Attention to issues relating to Weber and PayPal SKS Bottle and Packaging, Inc. Financial Review | 268 |
| 12478.000 | 12/07/2024 | JAH | P | 206 | 425.00 | 0.50 | 212.50 | Asset Analysis & Recovery - Review draft demand for payment on preference claim; correspondence with client regarding same SKS Bottle and Packaging, Inc. Financial Review | 269 |
| 12478.000 | 12/09/2024 | MMZ | P | 206 | 310.00 | 0.30 | 93.00 | Asset Analysis & Recovery - Draft email to PayPal requesting that the interest reserve be adjusted SKS Bottle and Packaging, Inc. Financial Review | 272 |
| 12478.000 | 12/09/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | Asset Analysis & Recovery - Receive and respond to emails regarding PayPal reserve SKS Bottle and Packaging, Inc. Financial Review | 273 |
| 12478.000 | 12/10/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | Asset Analysis & Recovery - Further revisions to demand letter to Weber SKS Bottle and Packaging, Inc. Financial Review | 277 |
| 12478.000 | 12/12/2024 | MMZ | P | 206 | 310.00 | 0.20 | 62.00 | Asset Analysis & Recovery - Further revise and send email to PayPal with attachment communication SKS Bottle and Packaging, Inc. Financial Review | 296 |
| 12478.000 | 12/23/2024 | MMZ | P | 206 | 310.00 | 0.30 | 93.00 | Asset Analysis & Recovery - Attention to issues relating to PayPal reserve; Email client regarding the same SKS Bottle and Packaging, Inc. Financial Review | 306 |
| 12478.000 | 12/23/2024 | MMZ | P | 206 | 310.00 | 0.10 | 31.00 | Asset Analysis & Recovery - Email PayPal regarding reserve SKS Bottle and Packaging, Inc. Financial Review | 307 |
| **Total for Tcode 206** | | | | | Billable | **9.00** | **2,847.50** | Asset Analysis and Recovery | |
| **Tcode 208 Meetings of Creditors** | | | | | | | | | |
| 12478.000 | 12/12/2024 | JAH | P | 208 | 425.00 | 0.60 | 255.00 | Meetings of Creditors - Telephone call with Mr. Horan regarding DIP duties, information needed for IDA, and preparation for 341 meeting SKS Bottle and Packaging, Inc. Financial Review | 287 |
| 12478.000 | 12/12/2024 | MMZ | P | 208 | 310.00 | 0.90 | 279.00 | Meetings of Creditors - Call with client regarding IDI and Section 341 Meeting of Creditors SKS Bottle and Packaging, Inc. Financial Review | 292 |
| 12478.000 | 12/18/2024 | MMZ | P | 208 | 310.00 | 0.50 | 155.00 | Meetings of Creditors - Prepare for Section 341 meeting of creditors SKS Bottle and Packaging, Inc. Financial Review | 300 |
| 12478.000 | 12/18/2024 | MMZ | P | 208 | 310.00 | 0.20 | 62.00 | Meetings of Creditors - Email client regarding DIP account and Section 341 meeting | 301 |

Date: 04/22/2025            **Detail Fee Transaction File List**            Page: 4

Nolan Heller Kauffman LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|-----------------|------|--------------|--------|--|-------|
| **Tcode 208 Meetings of Creditors** | | | | | | | | | |
| 12478.000 | 12/19/2024 | MMZ | P | 208 | 310.00 | 1.20 | 372.00 | SKS Bottle and Packaging, Inc. Financial Review Meetings of Creditors - Continue to prepare for and attend Section 341 meeting of creditors SKS Bottle and Packaging, Inc. Financial Review | 304 |
| **Total for Tcode 208** | | | | | Billable | 3.40 | 1,123.00 | Meetings of Creditors | |
| **Tcode 211 Asset Disposition** | | | | | | | | | |
| 12478.000 | 11/21/2024 | JAH | P | 211 | 425.00 | 0.40 | 170.00 | Asset Disposition - Correspondence with client about possible sale transaction SKS Bottle and Packaging, Inc. Financial Review | 238 |
| 12478.000 | 11/21/2024 | JAH | P | 211 | 425.00 | 0.30 | 127.50 | Asset Disposition - Additional correspondence with client regarding possible sale SKS Bottle and Packaging, Inc. Financial Review | 251 |
| 12478.000 | 11/22/2024 | MMZ | P | 211 | 310.00 | 0.20 | 62.00 | Asset Disposition - Receive and review email from prospective purchaser of certain estate assets SKS Bottle and Packaging, Inc. Financial Review | 240 |
| 12478.000 | 11/22/2024 | JAH | P | 211 | 425.00 | 1.30 | 552.50 | Asset Disposition - Emails and telephone conference with Ken Horan regarding possible asset sales SKS Bottle and Packaging, Inc. Financial Review | 241 |
| 12478.000 | 12/03/2024 | JAH | P | 211 | 425.00 | 0.60 | 255.00 | Asset Disposition - Telephone call with Mr. Horan regarding possible sale of assets SKS Bottle and Packaging, Inc. Financial Review | 253 |
| 12478.000 | 12/06/2024 | JAH | P | 211 | 425.00 | 0.40 | 170.00 | Asset Disposition - Telephone call with Ken Horan regarding status of sale efforts and open matters SKS Bottle and Packaging, Inc. Financial Review | 255 |
| 12478.000 | 12/12/2024 | JAH | P | 211 | 425.00 | 0.40 | 170.00 | Asset Disposition - Telephone call with Mr. Horan regarding sale prospects and possible sale structures SKS Bottle and Packaging, Inc. Financial Review | 288 |
| 12478.000 | 12/23/2024 | JAH | P | 211 | 425.00 | 0.40 | 170.00 | Asset Disposition - Respond to questions from prospective buyer regarding bankruptcy sale process SKS Bottle and Packaging, Inc. Financial Review | 298 |
| **Total for Tcode 211** | | | | | Billable | 4.00 | 1,677.00 | Asset Disposition | |
| **Tcode 212 Fee/Employment Applications** | | | | | | | | | |
| 12478.000 | 11/18/2024 | MMZ | P | 212 | 310.00 | 0.20 | 62.00 | Fee/Employment Applications - Review revised NHK Retention Application SKS Bottle and Packaging, Inc. Financial Review | 230 |
| **Total for Tcode 212** | | | | | Billable | 0.20 | 62.00 | Fee/Employment Applications | |
| **Tcode 215 Cash Collateral and other Secured Creditor** | | | | | | | | | |
| 12478.000 | 11/27/2024 | JAH | P | 215 | 425.00 | 0.50 | 212.50 | Cash Collateral and other Secured Creditor Issues - Correspondence with client and GMES counsel regarding proposals for adequate [protection payments SKS Bottle and Packaging, Inc. | 247 |
| 12478.000 | 12/04/2024 | MMZ | P | 215 | 310.00 | 1.80 | 558.00 | Cash Collateral and other Secured Creditor - Legal research regarding termination of the automatic stay upon expiration of the Debtor's lease with GMES SKS Bottle and Packaging, Inc. | 262 |

Date: 04/22/2025            **Detail Fee Transaction File List**          Page: 5

Nolan Heller Kauffman LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Financial Review | |
| 12478.000 | 12/06/2024 | JAH | P | 215 | 425.00 | 0.50 | 212.50 | Cash Collateral and other Secured Creditor Issues - Correspondence to GMES counsel regarding adequate payment proposal and status of collateral and status of lease SKS Bottle and Packaging, Inc. Financial Review | 254 |
| 12478.000 | 12/10/2024 | JAH | P | 215 | 425.00 | 0.70 | 297.50 | Cash Collateral and other Secured Creditor Issues - Ongoing correspondence and negotiations with GMES counsel regarding cash collateral order SKS Bottle and Packaging, Inc. Financial Review | 284 |
| 12478.000 | 12/11/2024 | MMZ | P | 215 | 310.00 | 0.50 | 155.00 | Cash Collateral and other Secured Creditor Issues - Review and revise Final Order Authorizing Use of Cash Collateral SKS Bottle and Packaging, Inc. Financial Review | 281 |
| 12478.000 | 12/11/2024 | JAH | P | 215 | 425.00 | 1.80 | 765.00 | Cash Collateral and other Secured Creditor Issues - Draft final cash collateral order SKS Bottle and Packaging, Inc. Financial Review | 286 |
| 12478.000 | 12/12/2024 | MMZ | P | 215 | 310.00 | 0.20 | 62.00 | Cash Collateral and other Secured Creditor - Receive and respond to email from Brian Roy regarding proposed Final Order Authorizing Use of Cash Collateral SKS Bottle and Packaging, Inc. Financial Review | 293 |
| 12478.000 | 12/12/2024 | MMZ | P | 215 | 310.00 | 0.20 | 62.00 | Cash Collateral and other Secured Creditor - Call with Brian Roy regarding regarding proposed final order SKS Bottle and Packaging, Inc. Financial Review | 295 |
| 12478.000 | 12/23/2024 | JAH | P | 215 | 425.00 | 0.30 | 127.50 | Cash Collateral and other Secured Creditor Issues - Review questions from Toyota Finance regarding forklift leases; discuss same with Mr. Horan SKS Bottle and Packaging, Inc. Financial Review | 299 |

**Total for Tcode 215**        Billable     6.50     2,452.00    Cash Collateral and other Secured Creditor

| **GRAND TOTALS** |
|---|

Billable      44.30      16,493.00

# <u>WHITEMAN OSTERMAN & HANNA LLP</u>

## Time Report

Unbilled

SKS Bottle and Packaging, Inc. / Financial Review (118738-001)

| Date | SM/Task | Name | Rev Hrs | Rev Amt | Rev Rate | Narrative | Posted |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | 201A | Heller, Justin A | 0.90 | 382.50 | 425.00 | Correspondence to Ken Horan regarding open matters including upcoming adequate protection payments, status of PayPal account, and DIP account; | 4/2025 |
| 01/06/2025 | 201A | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Attention to issues relating to DIP account; | 1/2025 |
| 01/06/2025 | 201A | Heller, Justin A | 0.90 | 382.50 | 425.00 | Correspondence and telephone call with Mr. Horan regarding open matters including DIP account, sale prospects and related issues, and adequate protection payments; | 4/2025 |
| 01/07/2025 | 201A | Zapala, Matthew | 0.70 | 217.00 | 310.00 | Review and analysis of proposed stipulation from ADP; | 1/2025 |
| 01/07/2025 | 201A | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and respond to email from client regarding ADP's proposed stipulation; | 1/2025 |
| 01/07/2025 | 201A | Heller, Justin A | 0.20 | 85.00 | 425.00 | Correspondence with Mr. Horan regarding DIP account; | 4/2025 |
| 01/10/2025 | 201A | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Emails with client regarding ADP's proposed stipulation; | 1/2025 |
| 01/13/2025 | 201A | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Email counsel for ADP regarding proposed stipulation; | 1/2025 |
| 01/17/2025 | 201A | Heller, Justin A | 0.20 | 85.00 | 425.00 | Attention to status of DIP account and insurance; | 4/2025 |
| 01/22/2025 | 201A | Heller, Justin A | 0.70 | 297.50 | 425.00 | Review monthly operating reports; provide detailed instructions to client regarding requirements for monthly operating reports; | 4/2025 |
| 01/22/2025 | 201A | Heller, Justin A | 0.50 | 212.50 | 425.00 | Correspondence with client regarding DIP account, insurance certificates, and other administrative matters; | 4/2025 |
| 01/23/2025 | 201A | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence with client and US Trustee regarding DIP account; | 4/2025 |
| 01/23/2025 | 201A | Heller, Justin A | 0.40 | 170.00 | 425.00 | Telephone call with client regarding status of SAP transaction; | 4/2025 |

| 01/28/2025 | 201A | Heller, Justin A | 0.90 | 382.50 | 425.00 | Attention to monthly operating report; Correspondence to US Trustee regarding insurance and DIP account; | 4/2025 |
| 02/04/2025 | 201A | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence with US Trustee regarding outstanding requirements; | 4/2025 |
| 02/04/2025 | 201A | Heller, Justin A | 0.30 | 127.50 | 425.00 | Correspondence with counsel for distributor regarding status; | 4/2025 |
| 02/20/2025 | 201A | Heller, Justin A | 0.50 | 212.50 | 425.00 | Review January 2025 monthly operating report; | 4/2025 |
| 02/21/2025 | 201A | Heller, Justin A | 0.50 | 212.50 | 425.00 | Attention to January monthly operating report; | 4/2025 |
| 03/12/2025 | 201A | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Revise letter and proposed order seeking amendment of NHK retention order; | 3/2025 |
| 03/17/2025 | 201A | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and respond to email from UST regarding proposed letter and amended order; | 3/2025 |
| 04/11/2025 | 201A | Heller, Justin A | 1.00 | 425.00 | 425.00 | Attention to court order in District Court acknowledging bankruptcy stay but directing SKS counsel to file notice of appearance; | 4/2025 |
| | **201A** | | **10.00** | **3,997.00** | | | |
| 03/19/2025 | 202A | Heller, Justin A | 1.40 | 595.00 | 425.00 | Begin drafting application for hearing on disclosure statement and plan; | 4/2025 |
| 03/21/2025 | 202A | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and respond to email from UST regarding next steps; | 3/2025 |
| 03/31/2025 | 202A | Zapala, Matthew | 2.50 | 775.00 | 310.00 | Draft application to combine hearing on disclosure and confirmation; | 3/2025 |
| 04/01/2025 | 202A | Zapala, Matthew | 3.10 | 961.00 | 310.00 | Continue to draft and revise application to combine hearing on disclosure and confirmation; | 4/2025 |
| 04/02/2025 | 202A | Zapala, Matthew | 2.70 | 837.00 | 310.00 | Continue to draft and revise application to combine hearing on disclosure and confirmation; | 4/2025 |
| 04/03/2025 | 202A | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Continue to draft and revise application to combine hearing on disclosure and confirmation; | 4/2025 |
| 04/08/2025 | 202A | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Attention to issues relating to Disclosure Statement and Plan; | 4/2025 |
| 04/25/2025 | 202A | Zapala, Matthew | 1.50 | 465.00 | 310.00 | Begin to draft Disclosure Statement; | 4/2025 |
| 04/25/2025 | 202A | Zapala, Matthew | 1.50 | 465.00 | 310.00 | Begin to draft Chapter 11 Plan; | 4/2025 |

| Date | Code | Timekeeper | Hours | Amount | Rate | Description | Month |
|---|---|---|---|---|---|---|---|
| 04/28/2025 | 202A | Heller, Justin A | 4.60 | 1,955.00 | 425.00 | Draft disclosure statement and begin drafting plan; | 4/2025 |
| 04/29/2025 | 202A | Heller, Justin A | 5.60 | 2,380.00 | 425.00 | Continue drafting plan; draft motion to combine hearings, order approving same, and notice of combined hearing; | 4/2025 |
| 04/30/2025 | 202A | Heller, Justin A | 1.20 | 510.00 | 425.00 | Finalize plan, disclosure statement, and motion for combined hearings; | 4/2025 |
| | **202A** | | **25.60** | **9,408.00** | | | |
| 01/06/2025 | 206 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email client regarding PayPal funds; | 1/2025 |
| 01/17/2025 | 206 | Heller, Justin A | 0.60 | 255.00 | 425.00 | Review list of property in at Reno location and contact CL counsel regarding status of same; | 4/2025 |
| 01/22/2025 | 206 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence with Nevada landlord regarding location of contents; | 4/2025 |
| | **206** | | **1.20** | **487.00** | | | |
| 03/05/2025 | 207 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Appear at status conference at the request of Judge Stewart; | 3/2025 |
| 03/05/2025 | 207 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Prepare for status conference at the request of Judge Stewart; | 3/2025 |
| 03/19/2025 | 207 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review and analysis of Judge Stewart's order directing SKS to retain counsel; | 3/2025 |
| 03/19/2025 | 207 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Analysis of next steps with respect to Judge Stewart's order; | 3/2025 |
| | **207** | | **1.00** | **310.00** | | | |
| 03/21/2025 | 210 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Call with Scott Miller from the IRS regarding payroll taxes; | 3/2025 |
| 03/21/2025 | 210 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with client regarding issues raised by the IRS; | 3/2025 |
| 03/21/2025 | 210 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Attention to payroll tax issues raised by the IRS; | 3/2025 |
| 03/24/2025 | 210 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Call with Scott Miller from the IRS regarding payroll and excise tax issues; | 3/2025 |
| 04/03/2025 | 210 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with S. Miller from the IRS regarding proof of claim; | 4/2025 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/03/2025 | 210 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Attention to issues relating to IRS proof of claim; | 4/2025 |
| | **210** | | **1.80** | **558.00** | | | |
| 01/09/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Receive and respond to email from client regarding Letter of Intent and NDA; | 1/2025 |
| 01/09/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Review LOI from Pipeline; discuss with client; | 4/2025 |
| 01/24/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Review revised letter of intent for sale of assets; discuss same with Mr. Horan; | 4/2025 |
| 01/27/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Telephone call with Mr. Horan regarding issues relating to sale; | 4/2025 |
| 01/30/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Analysis of issues relating to a motion to sell Debtor's assets; | 1/2025 |
| 01/30/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Attention to status of sale negotiations; | 4/2025 |
| 02/01/2025 | 211 | Heller, Justin A | 3.30 | 1,402.50 | 425.00 | Review and comment on asset purchase agreement from Pipeline; | 4/2025 |
| 02/03/2025 | 211 | Heller, Justin A | 0.80 | 340.00 | 425.00 | Review asset purchase agreement and discuss same with Mr. Horan; | 4/2025 |
| 02/03/2025 | 211 | Heller, Justin A | 1.20 | 510.00 | 425.00 | Begin drafting sale motion documents; | 4/2025 |
| 02/04/2025 | 211 | Zapala, Matthew | 7.80 | 2,418.00 | 310.00 | Begin to draft Motion to Sell; | 2/2025 |
| 02/04/2025 | 211 | Heller, Justin A | 1.10 | 467.50 | 425.00 | Attention to sale motion documents; | 4/2025 |
| 02/05/2025 | 211 | Zapala, Matthew | 2.40 | 744.00 | 310.00 | Continue to draft Motion to Sell; | 2/2025 |
| 02/05/2025 | 211 | Zapala, Matthew | 2.50 | 775.00 | 310.00 | Draft Bidding Procedures; | 2/2025 |
| 02/05/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Draft Bidding Procedures Order; | 2/2025 |
| 02/05/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Draft Notice of Auction; | 2/2025 |
| 02/05/2025 | 211 | Heller, Justin A | 3.50 | 1,487.50 | 425.00 | Continued Attention to drafting sale motion papers; continued review and revision of APA; | 4/2025 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/06/2025 | 211 | Zapala, Matthew | 4.70 | 1,457.00 | 310.00 | Continue to draft Motion to Sell; | 2/2025 |
| 02/06/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Draft Order Shortening Time for Motion to Sell; | 2/2025 |
| 02/06/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Draft Application to Shorten Time for Motion to Sell; | 2/2025 |
| 02/06/2025 | 211 | Heller, Justin A | 3.20 | 1,360.00 | 425.00 | Attention to APA schedules; | 4/2025 |
| 02/07/2025 | 211 | Heller, Justin A | 2.40 | 1,020.00 | 425.00 | Attention to APA agreement; | 4/2025 |
| 02/08/2025 | 211 | Heller, Justin A | 2.90 | 1,232.50 | 425.00 | Attention to APA and schedules; Attention to sale motion; | 4/2025 |
| 02/10/2025 | 211 | Zapala, Matthew | 2.50 | 775.00 | 310.00 | Further revisions to the Motion to Sell; | 2/2025 |
| 02/10/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Attention to issues relating to Bidding Procedures; | 2/2025 |
| 02/10/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Revise Order Shortening Time; | 2/2025 |
| 02/11/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Draft Notice of Assumption and Assignment; | 2/2025 |
| 02/11/2025 | 211 | Zapala, Matthew | 3.00 | 930.00 | 310.00 | Revise Motion to Sell (1.5), Bidding Procedures (1.0), and Order Approving Bidding procedures (0.5); | 2/2025 |
| 02/11/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Revise Order Approving Bidding Procedures; | 2/2025 |
| 02/11/2025 | 211 | Heller, Justin A | 3.70 | 1,572.50 | 425.00 | Further attention to APA schedules; | 4/2025 |
| 02/12/2025 | 211 | Zapala, Matthew | 1.90 | 589.00 | 310.00 | Continue to draft Motion to Sell; | 2/2025 |
| 02/12/2025 | 211 | Zapala, Matthew | 1.60 | 496.00 | 310.00 | Draft Order Granting Motion to Sell; | 2/2025 |
| 02/12/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Revise Order Approving Bidding Procedures; | 2/2025 |
| 02/12/2025 | 211 | Heller, Justin A | 1.50 | 637.50 | 425.00 | Attention to APA schedules; | 4/2025 |
| 02/12/2025 | 211 | Heller, Justin A | 1.80 | 765.00 | 425.00 | Review and revise bidding procedures order, motion to approve sale, order approving sale, and application and order to shorten time; | 4/2025 |

| Date | | Timekeeper | Hours | Amount | Rate | Description | |
|---|---|---|---|---|---|---|---|
| 02/12/2025 | 211 | Heller, Justin A | 0.70 | 297.50 | 425.00 | Correspondence with buyer's counsel regarding status and documentation; | 4/2025 |
| 02/13/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Attention to issues relating to deadlines in the Bidding Procedures; | 2/2025 |
| 02/13/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Review other sale motions filed within the NDNY without bidding procedures; | 2/2025 |
| 02/13/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Analysis of issues relating the sale without competitive bidding; | 2/2025 |
| 02/13/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and review email from Pipeline's counsel regarding sale; | 2/2025 |
| 02/13/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Telephone call with buyer's counsel regarding status; plan for 363 motion and timeline for closing; | 4/2025 |
| 02/13/2025 | 211 | Heller, Justin A | 0.80 | 340.00 | 425.00 | Telephone call with and correspondence with client regarding status and outstanding issues regarding APA schedules; | 4/2025 |
| 02/13/2025 | 211 | Heller, Justin A | 1.70 | 722.50 | 425.00 | Attention to  APA schedule revisions; | 4/2025 |
| 02/14/2025 | 211 | Heller, Justin A | 1.10 | 467.50 | 425.00 | Attention to APA schedules; | 4/2025 |
| 02/14/2025 | 211 | Heller, Justin A | 1.20 | 510.00 | 425.00 | Review and revise bidding procedures; | 4/2025 |
| 02/17/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Review and analysis of proposed revised sale motion papers; | 2/2025 |
| 02/18/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Review further revisions to sale motion papers; | 2/2025 |
| 02/18/2025 | 211 | Zapala, Matthew | 1.50 | 465.00 | 310.00 | Finalize sale motion papers; | 2/2025 |
| 02/18/2025 | 211 | Heller, Justin A | 4.80 | 2,040.00 | 425.00 | Attention to revisions to schedules; review and comment on APA revisions; | 4/2025 |
| 02/18/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Telephone call with Mr. Horan regarding open issues for sale; | 4/2025 |
| 02/19/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Begin to prepare for hearing on the application to shorten time and sale motion; | 2/2025 |
| 02/19/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with Judge Littlefield's Chambers regarding application to shorten time; | 2/2025 |
| 02/19/2025 | 211 | Zapala, Matthew | 2.40 | 744.00 | 310.00 | Continue to finalize sale motion papers; | 2/2025 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/19/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Review order setting a Section 105 conference regarding the application to shorten time; | 2/2025 |
| 02/19/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email Pipeline's counsel regarding order setting a conference; | 2/2025 |
| 02/19/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Call with Pipeline's counsel regarding order setting Section 105 conference; | 2/2025 |
| 02/19/2025 | 211 | Heller, Justin A | 1.10 | 467.50 | 425.00 | Review and edit motion papers; | 4/2025 |
| 02/19/2025 | 211 | Heller, Justin A | 1.80 | 765.00 | 425.00 | Further revision to APA schedules; | 4/2025 |
| 02/19/2025 | 211 | Heller, Justin A | 0.70 | 297.50 | 425.00 | Correspondence with buyer's counsel regarding status; | 4/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 1.80 | 558.00 | 310.00 | Continue to prepare for hearing on the application to shorten time and sale motion; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.80 | 248.00 | 310.00 | Attend hearing on the application to shorten time and sale motion; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Attention to gathering email addresses for service on 20 largest unsecured creditors; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email counsel for Pipeline regarding Bidding Procedures approval deadline and email service list; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | ;Email the Court and interested parties regarding email service; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Attend adjourned hearing on the application to shorten time and sale motion; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Review order shortening time; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Attention to service of order shortening time and motion papers; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Draft and revise list of email addresses for 20 largest unsecured creditors; | 2/2025 |
| 02/20/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with client regarding hearing on application to shorten time and sale motion; | 2/2025 |
| 02/20/2025 | 211 | Heller, Justin A | 1.60 | 680.00 | 425.00 | Attention to status and issues relating to order shortening time and service of sale motion; | 4/2025 |
| 02/21/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Telephone call with client regarding sale process and next steps; review bidding procedures and time for sale; | 4/2025 |

| 02/21/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Correspondence with prospective bidder; | 4/2025 |
| 02/24/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Prepare for hearing to approve bidding procedures; | 2/2025 |
| 02/24/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Legal research relating to bid protection amounts; | 2/2025 |
| 02/24/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Analysis of issues relating to Bid Protection Amount; | 2/2025 |
| 02/24/2025 | 211 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Attention to US Trustee concerns on break-up fees; | 4/2025 |
| 02/24/2025 | 211 | Heller, Justin A | 0.60 | 255.00 | 425.00 | Correspondence with prospective purchasers; | 4/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 1.20 | 372.00 | 310.00 | Continue to prepare for hearing to approve bidding procedures; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with D. DeMarco regarding hearing to approve bidding procedures; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Appear at hearing to approve bidding procedures; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with D. DeMarco regarding Bid Protection Amount; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Analysis of issues relating to Bid Protection Amount; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Prepare for adjourned hearing to approve bidding procedures; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Appear at adjourned hearing to approve bidding procedures; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 1.40 | 434.00 | 310.00 | Revise Order Approving Bidding Procedures and attached schedules; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Email US Trustee the revised Order Approving Bidding Procedures and attached schedules; | 2/2025 |
| 02/25/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Email Pipeline's counsel the revised Order Approving Bidding Procedures and attached schedules together with a redline of changes; | 2/2025 |
| 02/25/2025 | 211 | Heller, Justin A | 0.90 | 382.50 | 425.00 | Discussions with Pipeline counsel and US Trustee regarding break fee amount; | 4/2025 |
| 02/25/2025 | 211 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Correspondence with prospective purchaser regarding status of process; | 4/2025 |

| 02/25/2025 | 211 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Attention to timeline for sale; | 4/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Review and analysis of proposed revisions to Order Approving Bidding Procedures; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Revise Order Approving Bidding Procedures; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Email further revised Order Approving Bidding Procedures to the United States Trustee; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Email further revised Order Approving Bidding Procedures to the Court and other interested parties together with a redline and summary of revisions; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Draft and revise service list for prospective purchasers of SKS; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Call with George Ide from Burch Bottle regarding sale of SKS; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Email Pipeline's counsel regarding signed Order Approving Bidding Procedures; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 2.50 | 775.00 | 310.00 | Attention to issues relating to service of Order Approving Bidding Procedures, Notice of Auction and Sale Hearing, and Notice of Assumption; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Finalize notices for service together with Order Approving Bidding Procedures; | 2/2025 |
| 02/26/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Revise Bidding Procedures; | 2/2025 |
| 02/26/2025 | 211 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Review requirements for service of notice of hearing and notice of assignment of leases and parties to be served; | 4/2025 |
| 02/26/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Attention to timeline and checklist for closing; | 4/2025 |
| 02/27/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Respond to email from GMES's counsel regarding Notice of Assumption; | 2/2025 |
| 02/27/2025 | 211 | Heller, Justin A | 0.60 | 255.00 | 425.00 | Telephone call with client regarding steps required for closing; | 4/2025 |
| 02/27/2025 | 211 | Heller, Justin A | 0.60 | 255.00 | 425.00 | Attention to notice to parties with executory contracts and leases to be assumed; | 4/2025 |
| 03/03/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with C. Clark regarding USPS contract assumption; | 3/2025 |

| Date | | Name | Hours | Amount | Rate | Description | |
|---|---|---|---|---|---|---|---|
| 03/03/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Receive and respond to email from C. Clark and B. Cioffi regarding USPS contract; | 3/2025 |
| 03/03/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email Pipeline's counsel regarding USPS contract assumption issues; | 3/2025 |
| 03/03/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Call with client regarding USPS contract assumption issues; | 3/2025 |
| 03/03/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Review and analysis of Order Approving Bidding Procedures regarding the exclusion of executory contracts; | 3/2025 |
| 03/03/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review and analysis of USPS contract to respond to USPS; | 3/2025 |
| 03/03/2025 | 211 | Hartzell, John | 1.00 | 425.00 | 425.00 | Review bankruptcy documents/order and asset purchase agreement; Related email communications with GMES and buyer representatives; | 4/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Email C. Clark regarding USPS contract assumption; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and respond to email client regarding certain personalty; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Email client requesting documents relating to certain personalty; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and respond to email from Pipeline's counsel regarding status update; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and respond to email from C. Clark regarding the sharing of the USPS contract; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Analysis of issues relating to USPS contract; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review and analysis of Schedule A to Master Lease for Raymond Leasing Corporation; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Call with Pipeline's counsel regarding to various issues relating to the sale; | 3/2025 |
| 03/04/2025 | 211 | Zapala, Matthew | 1.50 | 465.00 | 310.00 | Attention to issues raised by Pipeline relating to the sale; | 3/2025 |
| 03/04/2025 | 211 | Hartzell, John | 0.90 | 382.50 | 425.00 | Participate in conference with Mr. Lucci, Mr. DeMarco and Mr. Zapala re: asset purchase and bankruptcy order issues; Related communications with same and Mr. Heller; | 4/2025 |

| 03/05/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Review Order Approving Bidding Procedures relating to filing and serving Notice of Successful Bidder; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Draft letters regarding excluded executory contracts for USPS, Toyota, and Silgan; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Attention to service of letters regarding excluded executory contracts; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Email C. Clark regarding exclusion of USPS contract from assumed executory contracts; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 1.50 | 465.00 | 310.00 | Review and analysis of provisions of, and schedules to, the APA at issue with GMES and Pipeline; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 2.00 | 620.00 | 310.00 | Revise sale order to address issues relating to Pipeline and GMES; | 3/2025 |
| 03/05/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Draft Notice of Successful Bidder; | 3/2025 |
| 03/05/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Attention to sale order and open matters with GMES and buyer; | 4/2025 |
| 03/05/2025 | 211 | Hartzell, John | 0.40 | 170.00 | 425.00 | Communications with buyer attorneys regarding resolving GMES concerns over bankruptcy orders and sale transaction; Communications with buyer attorneys regarding bidding status; | 4/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Call with Pipeline's counsel regarding the sale order; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and review email from J. Speich regarding leasehold improvements; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Analysis of issues relating to leasehold improvements and certain personalty; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Further revisions to the sale order; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Review further revisions to the sale order from Pipeline's counsel; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Revise Notice of Successful Bidder; | 3/2025 |
| 03/06/2025 | 211 | Zapala, Matthew | 0.90 | 279.00 | 310.00 | Attention to filing and service of Notice of Successful Bidder; | 3/2025 |
| 03/06/2025 | 211 | Heller, Justin A | 0.80 | 340.00 | 425.00 | Attention to sale order revisions; | 4/2025 |

| 03/06/2025 | 211 | Hartzell, John | 0.70 | 297.50 | 425.00 | Participate in video conference with buyer representatives, Mr. Heller, Mr. Zapala regarding terms of sale transaction and bankruptcy order; Related communications with same regarding revised bankruptcy order and status of buyer lease; | 4/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Call with Pipeline's counsel regarding changing the name of the Debtor and other issues; | 3/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Attention to issues raised by Pipeline regarding the sale; | 3/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Email Pipeline's counsel regarding changing the name of the Debtor; | 3/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.40 | 124.00 | 310.00 | Analysis of issues relating to changing the name of the Debtor; | 3/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review proposed revisions by Pipeline's counsel; | 3/2025 |
| 03/07/2025 | 211 | Zapala, Matthew | 0.00 | 0.00 | 0.00 | Attention to service of Notice of Successful Bidder; | 3/2025 |
| 03/07/2025 | 211 | Hartzell, John | 1.10 | 467.50 | 425.00 | Receive and review lease payoff; Various communications with counsel regarding space lease status and equipment status as collateral or GMES property; Communications with counsel regarding necessity of name change; Reviewing revisions to bankruptcy filings and asset purchase agreement; Receive closing checklist and transaction documents from Mr. Lucci; | 4/2025 |
| 03/08/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Review and analysis of sample motion to change name of Debtor; | 3/2025 |
| 03/08/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Further analysis of procedural issues relating to motion to change name of Debtor; | 3/2025 |
| 03/08/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review and analysis of further revisions to sale order proposed by GMES; | 3/2025 |
| 03/09/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and review email from Pipeline's counsel regarding name change; | 3/2025 |
| 03/09/2025 | 211 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and review email from GMES's counsel regarding sale order revisions; | 3/2025 |
| 03/10/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Further revise sale order; | 3/2025 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/10/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email proposed final order to Pipeline for review together with redline; | 3/2025 |
| 03/10/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email proposed final order to UST for review together with redline; | 3/2025 |
| 03/10/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email proposed final order to GMES for review together with redline; | 3/2025 |
| 03/10/2025 | 211 | Heller, Justin A | 1.60 | 680.00 | 425.00 | Attention to issues with name change per APA and language to be added to sale order; Correspondence with parties regarding same; | 4/2025 |
| 03/10/2025 | 211 | Heller, Justin A | 0.70 | 297.50 | 425.00 | Attention to closing checklist items; | 4/2025 |
| 03/10/2025 | 211 | Heller, Justin A | 0.80 | 340.00 | 425.00 | Coordinate with Reno landlord for release of assets; | 4/2025 |
| 03/10/2025 | 211 | Hartzell, John | 3.20 | 1,360.00 | 425.00 | Review and comment on transaction documents; Draft seller documents; Participate in conference with Mr. Demarco and Mr. Lucci re: name change issue and sale status; Attention to updating good standing of seller corporation; Review revised bankruptcy orders; | 4/2025 |
| 03/11/2025 | 211 | Zapala, Matthew | 0.70 | 217.00 | 310.00 | Prepare for hearing on approval of sale; | 3/2025 |
| 03/11/2025 | 211 | Heller, Justin A | 0.70 | 297.50 | 425.00 | Finalize sale order; Correspondence with parties and court regarding same; | 4/2025 |
| 03/11/2025 | 211 | Heller, Justin A | 0.60 | 255.00 | 425.00 | Attention to calculations for GMES and coordinating disbursements at closing; | 4/2025 |
| 03/11/2025 | 211 | Heller, Justin A | 1.20 | 510.00 | 425.00 | Attention to open closing checklist items; | 4/2025 |
| 03/11/2025 | 211 | Hartzell, John | 4.20 | 1,785.00 | 425.00 | Attention to drafting, finalizing and circulating seller documents for bankruptcy sale; Communications with buyer attorneys regarding name change; Attention to coordinating wire transfer arrangements for funding of sale transaction; Coordinating closing logistics; Related communications with Mr. Horan, Mr. Heller, and Mr. Zapala; | 4/2025 |
| 03/12/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Draft and file Amended Petition relating to name change of the Debtor; | 3/2025 |
| 03/12/2025 | 211 | Zapala, Matthew | 0.60 | 186.00 | 310.00 | Prepare for hearing on approval of sale; | 3/2025 |

| Date | | Timekeeper | Hours | Amount | Rate | Description | |
|---|---|---|---|---|---|---|---|
| 03/12/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Appear at hearing on approval of sale; | 3/2025 |
| 03/12/2025 | 211 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Receive and respond to email from Pipeline's counsel regarding name change; | 3/2025 |
| 03/12/2025 | 211 | Heller, Justin A | 3.80 | 1,615.00 | 425.00 | Attention to closing checklist and completion of closing; coordinate payments to secured creditors; | 4/2025 |
| 03/12/2025 | 211 | Heller, Justin A | 0.70 | 297.50 | 425.00 | Attention to final revisions to sale order and amended petition; | 4/2025 |
| 03/12/2025 | 211 | Hartzell, John | 3.80 | 1,615.00 | 425.00 | Attention to closing bankruptcy sale transaction; | 4/2025 |
| 03/28/2025 | 211 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Analysis of issues relating to filing itemized statement pursuant to FRBP 6004; | 3/2025 |
| 03/31/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Attention to issues relating to statement pursuant to FRBP 6004; | 3/2025 |
| 04/01/2025 | 211 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Draft statement of sale; | 4/2025 |
| 04/07/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Attention to Report of Sale; | 4/2025 |
| 04/22/2025 | 211 | Hartzell, John | 0.50 | 212.50 | 425.00 | Draft statements of sale; Related communications with Mr. Heller; | 4/2025 |
| 04/22/2025 | 211 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Attention to issues relating to report of sale; | 4/2025 |
| 04/22/2025 | 211 | Heller, Justin A | 1.00 | 425.00 | 425.00 | Prepare and file statement of sale; | 4/2025 |
| | **211** | | **169.30** | **61,740.50** | | | |
| 02/26/2025 | 212 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Draft letter regarding amending order approving employment of Nolan Heller Kauffman LLP; | 2/2025 |
| 02/26/2025 | 212 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Draft order amending order approving employment of Nolan Heller Kauffman LLP; | 2/2025 |
| 03/24/2025 | 212 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Begin to draft First Interim Fee Application; | 3/2025 |
| 03/25/2025 | 212 | Zapala, Matthew | 2.20 | 682.00 | 310.00 | Continue to draft First Interim Fee Application; | 3/2025 |
| 03/26/2025 | 212 | Zapala, Matthew | 3.20 | 992.00 | 310.00 | Continue to draft and revise First Interim Fee Application; | 3/2025 |

| 03/27/2025 | 212 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Review billing for First Interim Fee Application; | 3/2025 |
| 03/27/2025 | 212 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Continue to draft and revise First Interim Fee Application; | 3/2025 |
| 04/21/2025 | 212 | Heller, Justin A | 1.50 | 637.50 | 425.00 | Review time records for fee application; | 4/2025 |
| 04/22/2025 | 212 | Heller, Justin A | 0.30 | 127.50 | 425.00 | Further review of time entries; | 4/2025 |
| | 212 | | 11.20 | 3,679.00 | | | |
| 01/07/2025 | 215 | Heller, Justin A | 0.30 | 127.50 | 425.00 | Correspondence with GMES counsel regarding adequate protection plan; | 4/2025 |
| 01/13/2025 | 215 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Analysis of issues relating to conveyor and flow racking; | 1/2025 |
| 01/13/2025 | 215 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Call with client regarding GMES and conveyor and flow racking; | 1/2025 |
| 01/14/2025 | 215 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Email counsel for GMES regarding lease negotiations; | 1/2025 |
| 01/22/2025 | 215 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence with forklift lessor attorney regarding status; | 4/2025 |
| 01/27/2025 | 215 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Telephone call with GMES counsel regarding status; | 4/2025 |
| 02/12/2025 | 215 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence to GMES counsel regarding status of sale and treatment of rent; | 4/2025 |
| 02/14/2025 | 215 | Heller, Justin A | 0.50 | 212.50 | 425.00 | Telephone call with GMES regarding status of case and adequate protection payment; | 4/2025 |
| 02/19/2025 | 215 | Heller, Justin A | 0.40 | 170.00 | 425.00 | Correspondence to GMES counsel regarding status; | 4/2025 |
| 02/26/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and respond to email from GMES regarding Notice of Assumption; | 2/2025 |
| 02/28/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Respond to additional email from GMES's counsel regarding Notice of Assumption ; | 2/2025 |
| 03/02/2025 | 215 | Heller, Justin A | 1.20 | 510.00 | 425.00 | Attention to issues and potential objections raised by GMES concerning sale; Correspondence to buyer's counsel and GMES counsel regarding same; | 4/2025 |

| 03/04/2025 | 215 | Zapala, Matthew | 1.00 | 310.00 | 310.00 | Analysis of concerns raised by GMES | 3/2025 |
| 03/05/2025 | 215 | Zapala, Matthew | 0.50 | 155.00 | 310.00 | Attention to issues relating to GMES; | 3/2025 |
| 03/05/2025 | 215 | Zapala, Matthew | 0.10 | 31.00 | 310.00 | Receive and respond to email from GMES's counsel regarding an extension of time to object to sale motion; | 3/2025 |
| 03/05/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and respond to email from GMES's counsel regarding payment of secured claim at closing; | 3/2025 |
| 03/07/2025 | 215 | Zapala, Matthew | 0.30 | 93.00 | 310.00 | Call with B. Roy regarding GMES's proposed revisions to the sale order and the automatic stay and eviction proceeding; | 3/2025 |
| 03/07/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Review and analysis of revisions to sale order from GMES; | 3/2025 |
| 03/07/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Email GMES regarding revised sale order; | 3/2025 |
| 03/11/2025 | 215 | Zapala, Matthew | 0.20 | 62.00 | 310.00 | Receive and review emails from GMES regarding final terms of sale order; | 3/2025 |
| | **215** | | **7.80** | **2,832.00** | | | |

227.90   83,011.50