## DEBTOR'S CERTIFICATION

I, Ken Horan, certify that I have reviewed the First Interim Fee Application of Whiteman Osterman & Hanna LLP, and

Check one:

X I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable; or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated: June 4, 2025

KEN HORAN

4929-4197-1759, v. 5