UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

Wind-Down Bottle and Packaging, Inc.,

Debtor.

Chapter 11
Case No. 24-11283

**CERTIFICATION OF BALLOTS PURSUANT TO LOCAL RULE 3018-1**

The Debtor, through its counsel, Whiteman Osterman & Hanna LLP, respectfully certifies as follow in connection with the voting on its Chapter 11 Plan of Reorganization (the "Plan"):

**Class 1 – Priority Claims**

This Class is impaired. There were no ballots cast by Class 1 Creditors accepting or rejecting the Plan.

**Class 2 – General Unsecured Claims**

This Class is impaired. Three ballots were cast by Class 2 Creditors accepting the Plan, with claims totaling $193,477.15. No ballots were cast rejecting the Plan. Based on the voting, the Class 2 creditors have voted to accept the Plan. Copies of the ballots cast by this class are attached hereto.

**Class 3 – Equity**

This Class is impaired. There were no ballots cast by Class 3 Creditors accepting or rejecting the Plan.

Dated: June 6, 2025

**WHITEMAN OSTERMAN & HANNA LLP**
*Attorneys for Debtor*

By: /s/ Justin Heller
Justin A. Heller, Esq.
*Attorneys for Debtor*
80 State Street, 11th Floor
Albany, New York 12207
Phone: (518) 487-7600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

WIND-DOWN BOTTLE AND PACKAGING, INC.
(f/k/a SKS Bottle and Packaging, Inc.),

Debtor.

Chapter 11
Case No. 24-11283

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtor filed a Chapter 11 Plan of Reorganization ("Plan") dated April 30, 2025 with the Court on April 20, 2025. The Plan provides information to assist you in deciding how to vote your Ballot. A copy of the Plan is included with this Ballot. The Court's scheduling of the confirmation hearing, notice of which is included with this Ballot and the Plan, does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the proposed Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Justin A. Heller, Esq., Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, New York 12207 (jheller@woh.com) on or before June 4, 2025 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. Ballots may be submitted by email.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars ($ _4890.89_ ).

(Check One Box Only)

[ X ] ACCEPTS THE PLAN       [   ] REJECTS THE PLAN

Dated: _25th MAY 2025_    Name of Creditor: _IDT AUSTRALIA LIMITED_
Signature: _[signature]_
Name: _MAHENDRAN VASANTHAKUMAR   C.F.O_
Title (if corporation or partnership): _CHIEF FINANCIAL OFFICER_
Address: _45 WADHURST DRIVE BORONIA, VIC 3155_
Phone: _61 398018888 OR 61418802589     AUSTRALIA_
Email: _VASANTHA.MAHENDRAN@IDTAUS.COM.AU_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

WIND-DOWN BOTTLE AND PACKAGING, INC.
(f/k/a SKS Bottle and Packaging, Inc.),

Debtor.

Chapter 11
Case No. 24-11283

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtor filed a Chapter 11 Plan of Reorganization ("Plan") dated April 30, 2025 with the Court on April 20, 2025. The Plan provides information to assist you in deciding how to vote your Ballot. A copy of the Plan is included with this Ballot. The Court's scheduling of the confirmation hearing, notice of which is included with this Ballot and the Plan, does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the proposed Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Justin A. Heller, Esq., Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, New York 12207 (jheller@woh.com) on or before June 4, 2025 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. Ballots may be submitted by email.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned the holder of a Class [2] claim against the Debtor in the unpaid amount of Dollars ($ 14,322.00 ).

(Check One Box Only)

[ ✓ ] ACCEPTS THE PLAN          [  ] REJECTS THE PLAN

Dated: 5/27/25         Name of Creditor: New Moon Beginnings LLC
Signature: _Rachel____
Name: Rachel Glarner
Title (if corporation or partnership): President
Address: 500 Bursca Dr Ste 506 Bridgeville PA 15017
Phone: (314) 402-4820
Email: rachel@newmoonbeginnings.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| WIND-DOWN BOTTLE AND PACKAGING, INC.<br>(f/k/a SKS Bottle and Packaging, Inc.),<br><br>Debtor. | Chapter 11<br>Case No. 24-11283 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtor filed a Chapter 11 Plan of Reorganization ("Plan") dated April 30, 2025 with the Court on April 20, 2025. The Plan provides information to assist you in deciding how to vote your Ballot. A copy of the Plan is included with this Ballot. The Court's scheduling of the confirmation hearing, notice of which is included with this Ballot and the Plan, does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the proposed Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Justin A. Heller, Esq., Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, New York 12207 (jheller@woh.com) on or before June 4, 2025 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. Ballots may be submitted by email.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars ($ _174,204.26_ ).

(Check One Box Only)

[ ✓ ] ACCEPTS THE PLAN          [  ] REJECTS THE PLAN

Dated: _5/27/25_     Name of Creditor: _Weber International Pkg._
Signature: _Pam Joseph_
Name: _Pam Joseph_
Title (if corporation or partnership): _Operations mgr._
Address: _318 Cornelia St, Plattsburgh, NY 12901_
Phone: _518·561·8282_
Email: _pjoseph@weberintl.com_