**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Wind-Down Bottle and Packaging, Inc.

Case No.: 24-11283

Division:

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

  Reason for Adjournment Request:

  Original Return Date of Motion:

  Number of prior adjournment request that have been made _____

☒ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☒ Other: <u>Claim</u> Objection at Docket No.: ___79___

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 06/25/2025

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Justin A. Heller, Esq.                    518-487-7793
  Whiteman Osterman & Hanna LLP             jheller@woh.com
  80 State St. 11th Floor, Albany, NY 12207

Consent of All Parties Obtained?    ☐ Yes  ☒ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)