So Ordered.

Signed this 28 day of January, 2026.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
In re:

Wind-Down Bottle and Packaging, Inc.              Case No. 24-11283
                                                   Chapter 11
                        *Debtor*.

### ORDER TO SHOW CAUSE

On July 21, 2025, the Court confirmed a plan in this case. (Doc. 95). As of the date of this Order, the Debtor has failed to submit a Report of Substantial Consummation and file a Motion for Final Decree. Pursuant to Local Bankruptcy Rule 3022-1(b)(1): "in no event shall the report be filed later than 180 days after entry of a final order confirming a plan" Additionally, Local Bankruptcy Rule 3022-1(a)(1) states that "[t]he report of substantial consummation shall be accompanied by a motion for a final decree." Now, after due deliberation, it is hereby

**ORDERED**, that Debtor's counsel is directed to appear before the Court on **March 3, 2026**, at **10:30 a.m.** and show cause why the case should not be dismissed without discharge or converted to a chapter 7, pursuant to 11 U.S.C § 1112(b) for failure to file a Report of Substantial Consummation and Motion for Final Decree. Parties may appear in-person at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day

-1-

before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register and it is further

      **ORDERED**, that the following parties are expected to appear:

**Justin A. Heller**
Whiteman Osterman & Hanna LLP
80 State Street
Ste 11th Floor
Albany, NY 12207

###